# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacities as Secretary of State and member of the Georgia State Elections Board, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC.,<br>*Proposed Intervenor-Defendants*. | No. 1:21-cv-02070-JPB |

**[PROPOSED] INTERVENOR-DEFENDANTS' [PROPOSED] ANSWER**

1

Intervenors—the Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Georgia Republican Party, Inc.—now answer Plaintiffs' complaint (Doc. 1). Unless expressly admitted below, every allegation in the complaint is denied. When Intervenors say something "speaks for itself," they mean that they lack sufficient information to admit or deny the allegation; because Plaintiffs cite nothing, Intervenors do not know whether the referenced material exists, is accurate, or is placed in the proper context. Accordingly, Intervenors state:

1.      Intervenors lack sufficient information to admit or deny this allegation.

2.      Intervenors lack sufficient information to admit or deny this allegation.

3.      Intervenors lack sufficient information to admit or deny this allegation.

4.      Intervenors lack sufficient information to admit or deny this allegation.

5.      Intervenors lack sufficient information to admit or deny this allegation.

6.      Intervenors lack sufficient information to admit or deny this allegation.

7.    Intervenors lack sufficient information to admit or deny this allegation.

8.    Intervenors lack sufficient information to admit or deny this allegation.

9.    Intervenors lack sufficient information to admit or deny this allegation.

10.    Intervenors lack sufficient information to admit or deny this allegation.

11.    Intervenors lack sufficient information to admit or deny this allegation.

12.    Intervenors lack sufficient information to admit or deny this allegation.

13.    Intervenors lack sufficient information to admit or deny this allegation.

14.    Intervenors lack sufficient information to admit or deny this allegation.

15.    Intervenors lack sufficient information to admit or deny this allegation.

16.    The first and third sentences are admitted. Intervenors lack sufficient information to admit or deny the second sentence.

17.    These legal arguments require no response.

18.    Admitted.

19.    These legal arguments require no response.

20.    Admitted that Plaintiffs bring this action under 42 U.S.C. §§1983 and 1988, but denied that they have a valid claim under either statute.

21.    These legal arguments require no response.

22.    These legal arguments require no response.

23.    The cited authority speaks for itself.

24.    These legal arguments require no response.

25.    These legal arguments require no response.

26.    These legal arguments require no response.

27.    These legal arguments require no response.

28.    These legal arguments require no response.

29.    These legal arguments require no response.

30.    These legal arguments require no response.

31.    These legal arguments require no response.

32.    The cited authority speaks for itself.

33.    The cited authority speaks for itself.

34.    These legal arguments require no response.

35.    These legal arguments require no response.

36.    These legal arguments require no response.

37.    These legal arguments require no response.

38.     The cited authority speaks for itself.

39.     The cited authority speaks for itself.

40.     These legal arguments require no response.

41.     The cited authority speaks for itself.

42.     These legal arguments require no response.

43.     The cited authority speaks for itself.

44.     The cited authorities speak for themselves.

45.     These legal arguments require no response.

46.     The cited authority speaks for itself.

47.     The cited authority speaks for itself.

48.     The cited authority speaks for itself.

49.     The cited authority speaks for itself.

50.     The cited authority speaks for itself.

51.     The cited authority speaks for itself.

52.     The cited authority speaks for itself.

53.     The cited authority speaks for itself.

54.     These legal arguments require no response.

55.     These legal arguments require no response.

56.     These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

57.     These legal arguments require no response.

58.     These legal arguments require no response.

59.     These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

60.     The citied authority speaks for itself.

61.     Intervenors lack sufficient information to admit or deny this allegation.

62.     These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

63.     Intervenors lack sufficient information to admit or deny this allegation.

64.     These legal arguments require no response.

65.     These legal arguments require no response.

66.     These legal arguments require no response.

67.     The cited authority speaks for itself.

68.     Admitted.

69.     These legal arguments require no response.

70.     These legal arguments require no response.

71.     These legal arguments require no response.

72.     These legal arguments require no response.

73.     These legal arguments require no response.

74.     These legal arguments require no response.

75.    These legal arguments require no response.

76.    These legal arguments require no response.

77.    Intervenors lack sufficient information to admit or deny this allegation.

78.    The photograph speaks for itself.

79.    These legal arguments require no response.

80.    These legal arguments require no response.

81.    The citied authority speaks for itself.

82.    The citied authority speaks for itself.

83.    The citied authority speaks for itself.

84.    SB202 speaks for itself. Intervenors lack sufficient information to admit or deny the other allegations.

85.    These legal arguments require no response.

86.    SB202 speaks for itself. These legal arguments require no response.

87.    Admitted.

88.    SB202 speaks for itself.

89.    SB202 speaks for itself. These legal arguments require no response.

90.    Intervenors lack sufficient information to admit or deny this allegation.

91.   These legal arguments require no response.

92.   These legal arguments require no response.

93.   These legal arguments require no response.

94.   These legal arguments require no response.

95.   These legal arguments require no response.

96.   SB202 speaks for itself.

97.   These legal arguments require no response.

98.   These legal arguments require no response.

99.   These legal arguments require no response.

100.   These legal arguments require no response.

101.   These legal arguments require no response.

102.   These legal arguments require no response.

103.   SB202 speaks for itself.

104.   These legal arguments require no response.

105.   These legal arguments require no response.

106.   These legal arguments require no response.

107.   These legal arguments require no response.

108.   The photographs speak for themselves.

109.   These legal arguments require no response.

110.   These legal arguments require no response.

111.   These legal arguments require no response.

112.   These legal arguments require no response.

113.   These legal arguments require no response.

114.   Denied.

115.   Denied.

116.   Denied.

117.   Denied.

118.   These legal arguments require no response.

119.   Denied.

120.   Denied.

121.   HB316 speaks for itself.

122.   The photographs speak for themselves. Intervenors otherwise lack sufficient information to admit or deny this allegation.

123.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

124.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

125.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

126.   Statements speak for themselves.

127.   These legal arguments require no response.

128.   Intervenors lack sufficient information to admit or deny this allegation.

129.   Intervenors lack sufficient information to admit or deny this allegation.

130.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

131.   Intervenors lack sufficient information to admit or deny this allegation.

132.   Denied.

133.   Admitted.

134.   Admitted.

135.   These legal arguments require no response.

136.   These legal arguments require no response.

137.   The cited authority speaks for itself. The other allegations are legal conclusions that require no response.

138.   Intervenors lack sufficient information to admit or deny this allegation.

139.   Intervenors lack sufficient information to admit or deny this allegation.

140.   Statements speak for themselves.

141.  These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

142.  Intervenors lack sufficient information to admit or deny this allegation.

143.  Denied.

144.  Intervenors lack sufficient information to admit or deny this allegation.

145.  Intervenors lack sufficient information to admit or deny this allegation.

146.  Intervenors lack sufficient information to admit or deny this allegation.

147.  Intervenors lack sufficient information to admit or deny this allegation.

148.  Intervenors lack sufficient information to admit or deny this allegation.

149.  Denied.

150.  Denied.

151.  Intervenors lack sufficient information to admit or deny this allegation.

152.   Denied that Plaintiff Coalition for Good Governance ("CGG") "had to" perform the alleged actions. Intervenors otherwise lack sufficient information to admit or deny this allegation.

153.   Intervenors lack sufficient information to admit or deny this allegation.

154.   Denied that CGG "had to" perform the alleged actions or that this lawsuit was "urgen[t]." Intervenors otherwise lack sufficient information to admit or deny this allegation.

155.   Denied that CGG "need[ed] to challenge SB202" or "had to" perform the alleged actions. Intervenors otherwise lack sufficient information to admit or deny this allegation.

156.   Denied that CGG "had to" perform the alleged actions. Intervenors otherwise lack sufficient information to admit or deny this allegation.

157.   Intervenors lack sufficient information to admit or deny this allegation.

158.   Denied that CGG "need[ed] to take this legal action" or that it was "required" to divert resources to sue. Intervenors otherwise lack sufficient information to admit or deny this allegation.

159.   Denied that CGG was "required to focus on this legal action." Intervenors otherwise lack sufficient information to admit or deny this allegation.

160.   Intervenors lack sufficient information to admit or deny this allegation.

161.   Denied that SB202 was "required" to divert resources. Intervenors otherwise lack sufficient information to admit or deny this allegation.

162.   These legal arguments require no response.

163.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

164.   Intervenors lack sufficient information to admit or deny this allegation.

165.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

166.   Denied.

167.   Intervenors deny that Plaintiff Adam Shirley will be injured. Intervenors otherwise take no position on this allegation.

168.   Intervenors lack sufficient information to admit or deny this allegation.

169.   Intervenors deny that Plaintiff Adam Shirley is threatened with imminent injury. Intervenors otherwise take no position on this allegation.

170.   Intervenors lack sufficient information to admit or deny this allegation.

171.   Denied.

172.   Denied.

173.   Intervenors lack sufficient information to admit or deny this allegation.

174.   Intervenors lack sufficient information to admit or deny this allegation.

175.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

176.   Denied.

177.   Intervenors deny that Plaintiff Ernestine Thomas-Clark is threatened with injuries. Intervenors otherwise take no position on this allegation.

178.   Intervenors lack sufficient information to admit or deny this allegation.

179.   Intervenors lack sufficient information to admit or deny this allegation.

180.   Denied.

181.   Intervenors deny that Plaintiff Ernestine Thomas-Clark is threatened with prosecution. Intervenors otherwise take no position on this allegation.

182.   Denied.

183.   Intervenors lack sufficient information to admit or deny this allegation.

184.   Intervenors lack sufficient information to admit or deny this allegation.

185.   Denied.

186.   Intervenors deny that Plaintiff Antwan Lang is threatened with injuries. Intervenors otherwise take no position on this allegation.

187.   Intervenors lack sufficient information to admit or deny this allegation.

188.   Intervenors lack sufficient information to admit or deny this allegation.

189.   Denied.

190.   Intervenors deny that Plaintiff Antwan Lang is threatened with prosecution. Intervenors otherwise take no position on this allegation.

191.   Denied.

192.   Denied.

193.   Intervenors lack sufficient information to admit or deny this allegation.

194.   Intervenors lack sufficient information to admit or deny this allegation.

195.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

196.   Denied.

197.   Intervenors deny that Plaintiff Patricia Pullar is threatened with injuries. Intervenors otherwise take no position on this allegation.

198.   Intervenors lack sufficient information to admit or deny this allegation.

199.   Intervenors lack sufficient information to admit or deny this allegation.

200.   Denied.

201.   Intervenors deny that Plaintiff Patricia Pullar is threatened with prosecution. Intervenors otherwise take no position on this allegation.

202.   Denied.

203.   Intervenors lack sufficient information to admit or deny this allegation.

204.   Intervenors lack sufficient information to admit or deny this allegation.

205.   Intervenors lack sufficient information to admit or deny this allegation.

206.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

207.   Denied.

208.   Intervenors deny that Plaintiff Judy McNichols is threatened with injuries. Intervenors otherwise take no position on this allegation.

209.   Intervenors lack sufficient information to admit or deny this allegation.

210.   Intervenors lack sufficient information to admit or deny this allegation.

211.   Denied.

212.   Intervenors deny that Plaintiff Judy McNichols is threatened with prosecution. Intervenors otherwise take no position on this allegation.

213.   Denied.

214.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

215.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

216.   Denied.

217.   Intervenors lack sufficient information to admit or deny this allegation.

218.   Intervenors lack sufficient information to admit or deny this allegation.

219.   Intervenors lack sufficient information to admit or deny this allegation.

220.   Intervenors lack sufficient information to admit or deny this allegation.

221.   Intervenors lack sufficient information to admit or deny this allegation.

222.   Denied.

223.   Denied.

224.   Denied that SB202 "requires significant and immediate diversion of resources," and that such diversion "must start immediately." Intervenors otherwise lack sufficient information to admit or deny this allegation.

225.   Denied that Georgia Advancing Progress Political Action Committee ("GAPPAC") "must" divert resources because of SB202.

226.   Intervenors lack sufficient information to admit or deny this allegation.

227.   Intervenors lack sufficient information to admit or deny this allegation.

228.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

229.   Intervenors lack sufficient information to admit or deny this allegation.

230.   Denied that SB202's requirements injure Ryan Graham. Intervenors otherwise lack sufficient information to admit or deny this allegation and take no position on the legal arguments in this allegation.

231.   These legal arguments require no response.

18

232.   These legal arguments require no response.

233.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

234.   Intervenors lack sufficient information to admit or deny this allegation.

235.   Intervenors lack sufficient information to admit or deny that Ryan Graham generally chooses to vote in person during early voting. Otherwise denied.

236.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

237.   Intervenors lack sufficient information to admit or deny this allegation.

238.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

239.   Intervenors lack sufficient information to admit or deny this allegation.

240.   Intervenors lack sufficient information to admit or deny this allegation.

241.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

242.   Intervenors deny that Plaintiff Rhonda Martin is threatened with prosecution. Intervenors otherwise take no position on this allegation.

243.   These legal arguments require no response.

244.   These legal arguments require no response.

245.   These legal arguments require no response.

246.   Intervenors deny that Plaintiff Rhonda Martin is threatened with injuries. Intervenors otherwise take no position on this allegation.

247.   Intervenors lack sufficient information to admit or deny this allegation.

248.   Denied.

249.   Intervenors lack sufficient information to admit or deny this allegation.

250.   Denied.

251.   Denied.

252.   Intervenors lack sufficient information to admit or deny this allegation.

253.   Intervenors lack sufficient information to admit or deny this allegation.

254.   Intervenors lack sufficient information to admit or deny this allegation.

255.   Intervenors lack sufficient information to admit or deny this allegation.

256.   These legal arguments require no response.

257.   These legal arguments require no response.

258.   These legal arguments require no response.

259.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

260.   These legal arguments require no response.

261.   Intervenors deny that Plaintiff Jeanne Dufort is threatened with injuries. Intervenors otherwise take no position on this allegation.

262.   Intervenors deny that Plaintiff Jeanne Dufort is threatened with prosecution. Intervenors otherwise take no position on this allegation.

263.   Intervenors lack sufficient information to admit or deny this allegation.

264.   Denied.

265.   Denied.

266.   Denied that Plaintiff Jeanne Dufort "had to divert her volunteer time." Intervenors otherwise lack sufficient information to admit or deny this allegation.

267.   Intervenors lack sufficient information to admit or deny this allegation.

268.   Intervenors lack sufficient information to admit or deny this allegation.

269.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

270.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

271.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

272.   Denied.

273.   Intervenors deny that Plaintiff Aileen Nakamura is threatened with injuries. Intervenors otherwise take no position on this allegation.

274.   Intervenors deny that Plaintiff Aileen Nakamura is threatened with prosecution. Intervenors otherwise take no position on this allegation.

275.   Intervenors lack sufficient information to admit or deny this allegation.

276.   Denied.

277.   Denied.

278.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

279.   Intervenors lack sufficient information to admit or deny this allegation.

280. Intervenors lack sufficient information to admit or deny this allegation.

281. Intervenors lack sufficient information to admit or deny this allegation.

282. These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

326. These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

327. These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

328. Intervenors deny that Plaintiff Elizabeth Throop is threatened with injuries. Intervenors otherwise take no position on this allegation.

329. Intervenors lack sufficient information to admit or deny this allegation.

330. Denied.

329. Intervenors lack sufficient information to admit or deny this allegation.

330. Denied.

331. Denied.

332.   Denied that Plaintiff Elizabeth Throop "had to divert her volunteer time." Intervenors otherwise lack sufficient information to admit or deny this allegation.

283.   Intervenors deny that Plaintiff Bradley Friedman is threatened with injuries. Intervenors otherwise take no position on this allegation.

284.   These legal arguments require no response.

285.   These legal arguments require no response.

286.   These legal arguments require no response.

287.   Intervenors lack sufficient information to admit or deny this allegation.

288.   These legal arguments require no response.

289.   These legal arguments require no response.

290.   Intervenors deny that Plaintiff Bradley Friedman is already injured. Intervenors otherwise take no position on this allegation

291.   Intervenors deny that Plaintiff Bradley Friedman is threatened with injuries. Intervenors otherwise take no position on this allegation.

333.   Denied.

334.   Denied.

335.   Denied.

336.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

337.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

338.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

339.   Intervenors deny that Plaintiff Coalition for Good Governance's members are threatened with injuries. Intervenors otherwise take no position on this allegation.

340.   Intervenors deny that Plaintiff Coalition for Good Governance's members are threatened with prosecution. Intervenors otherwise take no position on this allegation.

341.   Denied.

342.   Denied.

343.   Denied.

344.   Denied.

345.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

346.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

347.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

348.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

349.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

350.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

351.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

352.   Intervenors lack sufficient information to admit or deny this allegation.

353.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

354.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

355.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

356.   Denied.

357.   Denied.

358.   Denied.

359.   Denied.

360.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

361.   Intervenors lack sufficient information to admit or deny this allegation.

362.   Intervenors deny that Plaintiff Jackson County Democratic Committee's members are threatened with injuries. Intervenors otherwise take no position on this allegation.

363.   Intervenors deny that Plaintiff Jackson County Democratic Committee's members are threatened with prosecution. Intervenors otherwise take no position on this allegation.

364.   Denied.

365.   Denied.

366.   Denied.

367.   Intervenors lack sufficient information to admit or deny this allegation.

368.   Intervenors lack sufficient information to admit or deny this allegation.

369.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

370.   These legal arguments require no response.

371.   These legal arguments require no response.

372.   These legal arguments require no response.

373.   Denied.

374.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

375.   Denied.

376.   Denied.

377.   Denied that Jackson County Democratic Committee ("JCDC") "will be required" to divert resources. Intervenors otherwise lack sufficient information to admit or deny this allegation.

378.   Denied.

379.   Denied.

380.   Denied.

381.   Denied.

382.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

383.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

384.   Intervenors deny that Plaintiff Georgia Advancing Progress Political Action Committee's members are threatened with injuries. Intervenors otherwise take no position on this allegation.

385.   Intervenors deny that Plaintiff Georgia Advancing Progress Political Action Committee's members are threatened with prosecution. Intervenors otherwise take no position on this allegation.

386.   Denied.

387.   Denied.

388.   Denied.

389.   Intervenors lack sufficient information to admit or deny this allegation.

390.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

391.   Denied.

392.   Denied.

393.   Denied.

394.   Denied.

395.   Denied.

396.   Admitted.

397.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

398.   These legal arguments require no response. Intervenors otherwise lack sufficient information to admit or deny this allegation.

399.   These legal arguments require no response.

400. Denied.

401. Denied.

402. These legal arguments require no response.

403. These legal arguments require no response.

404. Denied.

405. Denied.

406. Intervenors repeat and reallege their responses in paragraphs 1 to 396.

407. These legal arguments require no response.

408. Denied.

409. These legal arguments require no response.

410. These legal arguments require no response.

411. These legal arguments require no response.

412. Denied.

413. These legal arguments require no response.

414. These legal arguments require no response.

415. Denied.

416. These legal arguments require no response.

417. These legal arguments require no response.

418. Denied.

419. Denied.

420.   These legal arguments require no response.

421.   Denied.

422.   Denied.

423.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

424.   Intervenors lack sufficient information to admit or deny this allegation.

425.   These legal arguments require no response.

426.   Denied.

427.   Denied.

428.   Denied.

429.   Denied.

430.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

431.   The cited authority speaks for itself.

432.   These legal arguments require no response.

433.   The photograph speaks for itself.

434.   The photograph speaks for itself.

435.   The photograph speaks for itself.

436.   These legal arguments require no response.

437.   These legal arguments require no response.

438.   Intervenors take no position on this allegation.

439.   Intervenors take no position on this allegation.

440.   Denied.

441.   Denied.

442.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

443.   Intervenors take no position on this allegation.

444.   Intervenors take no position on this allegation.

445.   Intervenors take no position on this allegation.

446.   Denied.

447.   Denied.

448.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

449.   These legal arguments require no response.

450.   These legal arguments require no response.

451.   These legal arguments require no response.

452.   These legal arguments require no response.

453.   Intervenors take no position on this allegation.

454.   Intervenors take no position on this allegation.

455.   Denied.

456.   Denied.

457.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

458.   SB202 speaks for itself. Intervenors otherwise lack sufficient information to admit or deny this allegation.

459.   Intervenors admit that Plaintiffs do not challenge restrictions on the disclosure of information about tallies of contests, including vote tally estimates and trends that a monitor or observer obtains observing the processing of absentee ballot before the close of the polls. The legal arguments in this allegation require no response.

460.   These legal arguments require no response.

461.   These legal arguments require no response.

462.   Intervenors take no position on this allegation.

463.   Intervenors take no position on this allegation.

464.   Denied.

465.   Denied.

466.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

467.   The cited authority speaks for itself.

468.   These legal arguments require no response.

469.   These legal arguments require no response.

470.   These legal arguments require no response.

471.   Intervenors take no position on this allegation.

472.   Denied.

473.   Denied.

474.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

475.   The cited authority speaks for itself.

476.   These legal arguments require no response.

477.   Intervenors take no position on this allegation.

478.   Intervenors take no position on this allegation.

479.   Denied.

480.   Denied.

481.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

482.   These legal arguments require no response.

483.   These legal arguments require no response.

484.   These legal arguments require no response.

485.   Intervenors take no position on this allegation.

486.   Denied.

487.   Denied.

488.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

489.   The cited authority speaks for itself.

490.   Denied.

491.   Denied.

492.   Denied.

493.   Denied.

494.   Denied.

495.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

496.   Denied.

497.   These legal arguments require no response.

498.   These legal arguments require no response.

499.   These legal arguments require no response.

500.   Denied.

501.   Denied.

502.   Denied.

503.   Denied.

504.   Denied.

505.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

506.   Denied.

507.   These legal arguments require no response.

508.   Denied.

509.   Denied.

510.   Denied.

511.   Intervenors repeat and reallege their responses in paragraphs 1 to 396.

512.   Denied.

513.   Denied.

514.   Denied.

515.   Denied.

## RESPONSE TO PRAYER FOR RELIEF

Intervenors deny that Plaintiffs are entitled to their requested relief, except that Intervenors take no position on what Plaintiffs call the "Elector Observation Felony," the "Gag Rule," the "Estimating Ban," and the "Photography Ban."

## AFFIRMATIVE DEFENSES

1.   The allegations in the complaint fail to state a claim.

2.   Plaintiffs' requested relief is barred by the *Purcell* principle.

3.   Some of Plaintiffs' claims are barred by the *Pennhurst* doctrine.

Dated: June 3, 2021                      Respectfully submitted,

                                          /s/ William Bradley Carver
Tyler Green*                             John E. Hall, Jr.
Cameron T. Norris*                       Georgia Bar No. 319090
Steven C. Begakis*                       William Bradley Carver, Sr.
CONSOVOY MCCARTHY PLLC                    Georgia Bar No. 115529
1600 Wilson Blvd., Ste. 700              W. Dowdy White
Arlington, VA 22209                      Georgia Bar No. 320879
(703) 243-9423                           HALL BOOTH SMITH, P.C.
tyler@consovoymccarthy.com               191 Peachtree Street NE
cam@consovoymccarthy.com                 Suite 2900
steven@consovoymccarthy.com              Atlanta, GA 30303
                                         (404) 954-6967
*pro hac vice forthcoming                bcarver@hallboothsmith.com
                                         dwhite@hallboothsmith.com
                                         jhall@hallboothsmith.com

            Counsel for Proposed Intervenor-Defendants

## <u>CERTIFICATE OF SERVICE AND CERTIFICATE<br>OF COMPLIANCE WITH LOCAL RULE 5.1</u>

Pursuant to N.D. Ga. L.R. 5.1(C), I prepared the foregoing in Century Schoolbook font and 13-point type. I electronically filed it using CM/ECF, thus electronically serving all counsel of record.

Dated: June 3, 2021

|  |  |
|---|---|
|  |  /s/ *William Bradley Carver, Sr.* |
|  | John E. Hall, Jr. |
| Tyler R. Green (*pro hac vice* forthcoming) | Georgia Bar No. 319090 |
| Cameron T. Norris (*pro hac vice* forthcoming) | William Bradley Carver, Sr. |
| Steven C. Begakis (*pro hac vice* forthcoming) | Georgia Bar No. 115529 |
|  | W. Dowdy White |
|  | Georgia Bar No. 320879 |
| **CONSOVOY MCCARTHY PLLC** | **HALL BOOTH SMITH, P.C.** |
| 1600 Wilson Boulevard | 191 Peachtree Street NE |
| Suite 700 | Suite 2900 |
| Arlington, VA 22209 | Atlanta, GA 30303 |
| (703) 243-9423 | (404) 954-6967 |
|  | bcarver@hallboothsmith.com |
|  | dwhite@hallboothsmith.com |
|  | jhall@hallboothsmith.com |

*Counsel for Proposed Intervenor-Defendants*