EXHIBIT

A

Exhibit Re: Photography Ban (voted ballots)



Women Voting in Wyoming 1870



Martin Luther King Voting 1964



President Taft Voting 1908



Ronald Reagan Voting 1980



Eisenhower Voting 1952



George W. Bush Voting 2000



Hillary Clinton Voting 2016



Cobb County Audit Nov. 2020



2008 Franken-Coleman Recount Ballot



Florida Recount 2000



Franken-Coleman 2008 "Lizard People Ballot"



1916 Primary Ballot