# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

COALITION FOR GOOD
GOVERNANCE, *et al.*,

    *Plaintiffs*,

v.

BRIAN KEMP, Governor of the State
of Georgia, in his official capacity, *et
al.*,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:21-CV-02070-JPB

## DECLARATION OF J. BLAKE EVANS

Pursuant to 28 U.S.C. § 1746, I, JOSEPH BLAKE EVANS, make the

following declaration:

1.

My name is J. Blake Evans. I am over the age of 21 years, and I am

under no legal disability which would prevent me from giving this

declaration. If called to testify, I would testify under oath to these facts.

2.

I currently am the Deputy Director of Elections for the Secretary of

State of Georgia. I have held that position since July 2020. From March 2019

to July 2020, I was the Elections Chief for the Fulton County Department of

Registration and Elections. I have worked in the administration of Georgia election processes for more than two years.

3.

As part of the training and implementation related to Georgia's Dominion voting equipment, the Secretary's office provided counties with guidance about the proper setup of precincts to ensure voter privacy. On February 13, 2020, former Elections Director Chris Harvey uploaded a set of diagrams to the communication system used to communicate with election officials across the state. The post of that document and the document itself are attached to this declaration as Exhibit 1.

4.

Under Georgia law as modified by SB 202, voters can apply for an absentee ballot up to 78 days before an election. SB 202 at 38:927-933. There is no limitation in Georgia law about applying for an absentee ballot only after certification. Indeed, military and overseas voters regularly applied for runoff ballots before the changes made by SB 202.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of June, 2021.

J. BLAKE EVANS

# EXHIBIT 1

Election Portal Information Center                    Search this site

| State Elections Calendar | Election Planner | Elections Directory | FAQ | Official Communications | The Buzz | Training |

## Polling Place Privacy for Voters

**0 replies**



**Harvey, Chris**

I've uploaded three diagrams that illustrate potential problems and solutions to securing voter privacy. This is based on reported concerns and our own observations. Simply said, having the BMD screens facing areas where observers or people waiting to vote decreases the privacy of the voter. Simple solutions involving turning the BMDs so that face *away* from the public are illustrated in the diagrams. See also O.C.G.A. 21-2-267(a)

The diagrams can be found on Firefly under Training>Polling Place Information

Chris Harvey

February 13   Reply

Add a reply

Reply

| Download | GAVREO | Links | Poll Worker Training | Uploads | Webinars | Certification | Veterans | Students |

Dynamo

Secretary of State Elections Division
2MLK Jr. Drive Suite 802 West Tower
Atlanta, GA 30334 | 404.656.2871



# Precinct Layout
# to Aid with Privacy Training



**INEFFECTIVE/BAD PRECINCT LAYOUT - BMDs EXPOSED TO VIEW**

cords

cords

waiting to vote

Poll pad check-in

waiting to vote



## EFFECTIVE/PREFERRED PRECINCT LAYOUT - BMD SCREENS SHIELDED

cords

cords

voter

voter

voter

voter

waiting to vote

Poll pad check-in

waiting to vote



## EFFECTIVE/PREFERRED PRECINCT LAYOUT - BMD SCREENS SHIELDED

cords

cords

voter

voter

voter

voter

Poll pad check-in

waiting to vote

waiting to vote