# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, et al., <br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacities as Secretary of State and member of the Georgia State Elections Board, et al., <br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE; et al., <br> *Intervenor-Defendants*. | No. 1:21-cv-02070-JPB |

## DECLARATION OF CAMERON T. NORRIS

I, Cameron T. Norris, pursuant to 28 U.S.C. §1746, declare the following:

1.     I am over the age of eighteen, have personal knowledge of these facts, and if called, could and would testify to them.

2.     I am an attorney at Consovoy McCarthy PLLC and represent Intervenor-Defendants—the Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Georgia Republican Party, Inc.—in this case.

3.     I provide this declaration in support of Intervenor-Defendants' opposition to Plaintiffs' motion for preliminary injunction.

4.     Exhibit A is an undated press release by Georgia's Secretary of State titled "Special Elections Set for House Districts 34, 156." This copy of the press release was archived on June 7, 2021 by the Wayback Machine and is available at https://bit.ly/35LdPKS. The press release is still available today at https://sos.ga.gov/index.php/elections/special_elections_set_for_house_districts_34_156.

5.     Exhibit B is an undated document from the Georgia Secretary of State titled "2021 State Elections & Voter Registration Calendar." This copy of the calendar was archived by the Wayback Machine on January 7, 2021 and is available at https://bit.ly/3qsk003. The calendar is still available today at https://sos.ga.gov/admin/files/2021_State_Calendar__Short_.pdf.

6.     Exhibit C is an undated post by the Cobb County Government titled "ELECTION DAY: Special Election Runoff." This copy was archived by the Wayback Machine on June 17, 2021 and is available at https://bit.ly/3gX2uge. The post is still available today at https://www.cobbcounty.org/elections/events/election-day-special-election-runoff.

7.     Exhibit D is a June 15, 2021 news article in The Atlanta Journal-Constitution, titled "Runoffs set in two Georgia House special elections," available at https://bit.ly/35KdfgL.

8.     Exhibit E is an undated web page of the Cobb County Government titled "Absentee Voting." This copy was archived by the Wayback Machine on June 17, 2021 and is available at https://bit.ly/2SFMN4H. The page

is still available today at https://www.cobbcounty.org/elections/voting/absentee-voting.

9.      Exhibit F is a recording of the June 21, 2021 Cobb County Board of Election Meeting, available at https://www.youtube.com/watch?v=qKkmRJOFWoU.

10.      Exhibit G is a May 28, 2021 press release by Georgia's Office of the Governor, titled "Gov. Kemp Issues New COVID-19 Executive Order," available at https://bit.ly/3vPakhm.

11.      Exhibit H is a June 15, 2021 Facebook post by Georgia House candidate Priscilla Smith, available at https://bit.ly/3j6ie2Z.

12.      Exhibit I is a June 15, 2021 Facebook post by Georgia House candidate Priscilla Smith, available at https://bit.ly/3zU2iqs.

13.      Exhibit J is the homepage for Priscilla Smith's campaign, as it existed on June 17, 2021. The page is still available today at https://bit.ly/3vQHr4c.

14.      Exhibit K is a June 15, 2021 Facebook post by Georgia House candidate Priscilla Smith, available at https://bit.ly/3zU5PVK.


I declare under penalty of perjury that the above is true and correct to the best of my knowledge.


Executed on this day, June 24, 2021.

/s/ *Cameron T. Norris*

3

# Exhibit A

HOME          CORPORATIONS          ELECTIONS          LICENSING          SECURITIES          CHARITIES

VOTER INFO.          RESULTS & STATS          CANDIDATE INFO.          COUNTY & AGENCY

# SPECIAL ELECTIONS SET FOR HOUSE DISTRICTS 34, 156

**(ATLANTA)** – Secretary of State Brad Raffensperger announced Friday the date of the special election required for House Districts 34 and 156 which became vacant with the resignation of Rep. Bert Reeves, R-Marietta, and Rep. Greg Morris, R-Vidalia.

The special election will be June 15. District 34 includes part of Cobb County, and District 156 includes Montgomery and Toombs counties and portions of Appling and Jeff Davis counties.

A run-off, if needed, will be July 13.

Qualifying for the special election will be in the Elections Division of the Office of Secretary of State at 2 MLK Jr. Dr., Suite 802, Atlanta on May 5 from 9 a.m.-5 p.m., May 6 from 8 a.m.-5 p.m. and May 7 from 8 a.m.-1 p.m. The qualifying fee is $400.

May 17 is the last day to register to vote in the special election. Early voting will begin May 24.

The Secretary of State is Georgia's chief election officer and has the mission to help ensure secure and accurate elections. County election officials run the actual elections and handle voter registration.

###

Key Election Dates and Information          Military and Overseas Voting

Register to Vote          Where do I vote? (MVP)

**QUICK LINKS**

| | |
|---|---|
| Poll Watcher Training | Intent to Tabulate Early |
| 2020 General Recount Info by County | 2020 General Election Risk-Limiting Audit |
| Logic & Accuracy Testing Locations/Dates | Risk Limiting Audit Public Notice |
| 2020 Presidential Electors | GA Voter ID Info. |
| State Election Board | Elections Advisory Council |
| Secure The Vote | Vote Safe |
| SAFE Commission | Voter Registration Drive |
| Stop Voter Fraud | Reexamination Costs |
| Online Complaints | Information for Voter Registrations Pending Due to Citizenship |
| Proposed Constitutional Amendments | Great Seal |
| Voter Registration Cancellation | iVote - Students / Educators |
| Advance Voting Info. | 2019 List Maintenance |
| FAQs | |

## LATEST ELECTIONS NEWS

ICYMI: Secretary Raffensperger Tells the New York Times Why Rule of Law Supports the Fulton Audit
Wednesday, May 26th 2021

Secretary of State Brad Raffensperger Thanks Elections Director for Years of Service and Announces Search to Fill Position
Tuesday, May 25th 2021

Raffensperger says SB 202 gives Secretary of State more authority to address county election mismanagement
Friday, May 21st 2021

Special Elections set for House Districts 34, 156
Friday, April 30th 2021

U.S. Senate Majority Refuses to Let Georgia Chief Elections Official Testify on Georgia Elections
Tuesday, April 20th 2021

OFFICE OF BRAD RAFFENSPERGER

NEWS & ANNOUNCEMENTS

PRESS & MEDIA KIT

PRIVACY POLICY

### CONTACT

214 State Capitol
Atlanta, Georgia 30334
404.656.2881
E-Mail
© 2018 Georgia Secretary of State

# Exhibit B

# 2021 State Elections & Voter Registration Calendar

| Elections | Voter Registration Deadline | Election Date |
|---|---|---|
| General Election Runoff for Federal Offices | December 7, 2020 | January 5, 2021 |
| Special Election Date | February 16, 2021 | March 16, 2021 |
| Special Election Runoff Date | February 16, 2021 | April 13, 2021 |
| Special Election Date | May 17,  2021 | June 15, 2021 |
| Special Election Runoff Date | May 17, 2021 | July 13, 2021 |
| Special Election Date | August 23, 2021 | September 21, 2021 |
| Special Election Runoff Date | August 23, 2021 | October 19, 2021 |
| General Election/Special Election Date | October 4, 2021 | November 2, 2021 |
| General Election/Special Election Runoff Date | October 4, 2021 | November 30, 2021 |

## Key Dates

| | |
|---|---|
| January 1, 2021 | Deadline to mail or issue absentee ballots for Federal Runoff. O.C.G.A. § 21-2-384(a) (State Holiday - State is closed) |
| January 5, 2021 | Date of Federal Runoff Election. O.C.G.A. § 21-2-501(a)(3) |
| January 18, 2021 | Martin Luther King's Birthday Holiday (State is closed) |
| February 1, 2021 | Last day to fix and publish qualifying fees for offices to be filled during the 2019 Election Cycle. O.C.G.A. § 21-2-131(a)(1)(A) |
| February 16, 2021 | Last day for a person to register and be eligible to vote in the March Special Election and Runoff Election. O.C.G.A. § 21-2-224(b)(2) *February 15th is a Federal Holiday* |
| February 22, 2021 | Earliest day for a registrar to mail an absentee ballot for the March Special Election. O.C.G.A. § 21-2-384(a)(2) |
| February 22, 2021 | Advanced (Absentee In-Person) Voting begins for March the Special Election. O.C.G.A. § 21-2-385(d)(1)(A) |
| March 12, 2021 | Last day for a registrar to issue absentee ballots for the March Special Election. O.C.G.A. § 21-2-384(a)(2) |
| April 9, 2021 | Last day for a registrar to issue absentee ballots for the April Special Election Runoff. O.C.G.A. § 21-2-384(a)(2) |
| May 6, 2021 | Earliest day to apply for an absentee ballot for November General Election. O.C.G.A. § 21-2-381(a)(1)(A) |
| May 17, 2021 | Last day for a person to register and be eligible to vote in the June Special Election and Runoff Election. O.C.G.A. § 21-2-224(b)(2) |

| | |
|---|---|
| **May 24, 2021** | Earliest day for a registrar to mail an absentee ballot for the June Special Election. O.C.G.A. § 21-2-384(a)(2) |
| **May 24, 2021** | Advanced (Absentee In-Person) Voting begins for the June Special Election. O.C.G.A. § 21-2-385(d)(1)(A) |
| **May 31, 2021** | Memorial Day Holiday (State is closed) |
| **June 11, 2021** | Last day for a registrar to issue absentee ballots for the June Special Election. O.C.G.A. § 21-2-384(a)(2) |
| **July 4, 2021** | Independence Day Holiday (State is closed on July 5, 2021) |
| **July 9, 2021** | Last day for a registrar to issue absentee ballots for the July Special Election Runoff. O.C.G.A. § 21-2-384(a)(2) |
| **August 23, 2021** | Last day for a person to register and be eligible to vote in the September Special Election and Runoff Election. O.C.G.A. § 21-2-224(b)(2) |
| **August 30, 2021** | Earliest day for a registrar to mail an absentee ballot for the September Special Election. O.C.G.A. § 21-2-384(a)(2) |
| **August 30, 2021** | Advanced (Absentee In-Person) Voting begins for the September Special Election. O.C.G.A. § 21-2-385(d)(1)(A) |
| **September 6, 2021** | Labor Day Holiday (State is closed) |
| **September 17, 2021** | Last day for a registrar to issue absentee ballots for the September Special Election Runoff. O.C.G.A. § 21-2-384(a)(2) |
| **October 4, 2021** | Last day for a person to register and be eligible to vote in the November General Election and Runoff Election. O.C.G.A. § 21-2-224(a) |
| **October 11, 2021** | Columbus Day Holiday (State is closed) |
| **October 12, 2021** | Earliest day for a registrar to mail an absentee ballot for the November General/Special Election. O.C.G.A. § 21-2-384(a)(2) |
| **October 12, 2021** | Advanced (Absentee In-Person) Voting begins for the November General Election. O.C.G.A. § 21-2-385(d)(1) |
| **October 15, 2021** | Last day for a registrar to issue absentee ballots for the October Special Election Runoff. O.C.G.A. § 21-2-384(a)(2) |
| **October 29, 2021** | Last day for a registrar to issue absentee ballots for the November General Election and Runoff Election. O.C.G.A. § 21-2-384(a)(2) |
| **As soon as possible** | Absentee ballots shall be mailed out as soon as possible prior to the General Election Runoff for Local and State Offices. O.C.G.A. § 21-2-384 (a)<br>Advanced (In-Person) Voting begins for the General Election Runoff for Local and State Offices. O.C.G.A. § 21-2-385(d)(1) |
| **November 11, 2021** | Veteran's Day Holiday (State is closed) |
| **November 26, 2021** | Last day for a registrar to issue absentee ballots for the December General Election Runoff. O.C.G.A. § 21-2-384(a)(2) |

*\*O.C.G.A. § 21-2-14. When the last day for the exercise of any privilege or discharge of any duty prescribed or required by this chapter shall fall on a Saturday, Sunday, or legal holiday, the next succeeding business day shall be the last day for the exercise of such privilege or the discharge of such duty.*

Exhibit C



- *Tue, 07/13/2021 - 07:00 AM - 07:00 PM*

Cobb County will facilitate a Special Election Runoff for Georgia House District 34.

- Polling locations will be open 7AM - 7PM EST
- Voters **MUST** go to their assigned polling location.
- NOTE: This is not a countywide election.

To determine eligibility, visit the Georgia Secretary of State's "My Voter Page" or contact Cobb County Elections at (770) 528-2581.

**Event Contact Info**

770-528-2581
info@cobbelections.org (mailto:info@cobbelections.org)

Exhibit D

BREAKING          Georgia's higher ed system taps acting leader, passing on Sonny Perdue for now

## The Atlanta
## Journal-Constitution

⊙ Log In

It's worth knowing what's really going on.          Subscribe today for 99¢.

# Runoffs set in two Georgia House special elections



‹ Caption

POLITICS

By **Maya T. Prabhu**, The Atlanta Journal-Constitution

June 15, 2021

Advertisement



The New York Times    SAVE.    The Times Sale.
~~$4.25~~ **$1 a week**
**Limited time offer**    SUBSCRIBE NOW
Cancel online anytime.

Voters in two Georgia House districts will have to wait another month to learn who will be their new state representatives after candidates in special elections Tuesday in Cobb County and South Georgia failed to get more than half of the vote.

Advertisement

In Cobb County, Republican Devan Seabaugh and Democrat Priscilla Smith emerged from the five-way special election and will face off again next month. South Georgia candidates Leesa Hagan and Wally Sapp, both Republicans, received more votes than the lone Democratic candidate in that race.

The winners of July runoff elections will represent their respective districts during this year's redistricting proceedings and next year's legislative session before facing the voters again — possibly with dramatically changed boundaries.



ADVERTISER CONTENT

Unlimited Cashback Match ⤢

By Discover Card

The seats are open because state Reps. Bert Reeves and Greg Morris resigned from office earlier this year. Reeves, a Marietta Republican, stepped down to take a job at his alma mater, Georgia Tech. Morris, a Vidalia Republican, was elected to the State Transportation Board.

Although it's long been a GOP seat, House District 34 in Cobb County is considered an early test for suburban Atlanta Republicans after the state supported Joe Biden for president in

November and Jon Ossoff and Raphael Warnock in January for the U.S. Senate, all Democrats.

ADVERTISING



## June 15 Special Election

• **Live Updates**
Last updated 12:44 PM - 6/23/2021

### State House District 34

| | | |
|---|---|---|
| **Devan Seabaugh** R | 3,337 votes | 47% |
| **Priscilla Smith** D | 1,740 votes | 25% |
| **Sam Hensley Jr.** D | 1,116 votes | 16% |
| **David Blinkhorn** R | 839 votes | 12% |
| **Chris Neill** L | 54 votes | 1% |
| Total | | 7,086 votes |

## State House District 156

| | | |
|---|---|---|
| **Leesa Hagan** R | 2,068 votes | 43% |
| **Wally Sapp** R | 2,031 votes | 42% |
| **Wright Gres** D | 702 votes | 15% |
| Total | | 4,801 votes |

## Henry County Commission District 3

| | | |
|---|---|---|
| **Charles "Greg" Cannon** R | 3,385 votes | 72% |
| **Sarita Dyer** D | 1,136 votes | 24% |
| **Briana Clay** D | 165 votes | 4% |
| Total | | 4,686 votes |

Seabaugh, an ambulance company executive, received about 47% of the votes cast in the Cobb County contest, according to unofficial results from the secretary of state's office. Smith, an artist known for her parody of former President Donald Trump, received nearly 25% of the vote. Since neither candidate received a majority of the 7,000 votes cast, a runoff is required.

The other contenders — Democrat Sam Hensley Jr., Republican David Blinkhorn and Libertarian Chris Neill — finished third, fourth and fifth, respectively.

Advertisement

In South Georgia's House District 156 race, Hagan, an online consulting firm owner, and Sapp, a car dealer, came within 1 percentage point of each other, but neither received a majority of the nearly 5,000 votes cast to avoid a runoff. Hagan received about about 43% of the vote, while Sapp pulled in about 42%. Democrat Wright Gres finished third in the contest with nearly 15% of the vote.

Voters in House Districts 34 and 156 will go back to the polls July 13 for runoff elections.

---

Explore     Newly appointed Republican holds onto Henry County Commission seat in special election

---

## In Other News

**1** | Georgia's higher ed system taps acting leader, passing on Sonny Perdue...

**2** | Redistricting in Georgia: What is it and how will it affect you?

**3** | OPINION: Can the Brian Kemp, Keisha Lance Bottoms relationship be...

**4** | Kemp promotes two key deputies to powerful health agency posts

**5**   Senate Republicans block Democrats' federal voting bill

**CONTENT BY**

**MoneyPail** | Sponsored

She Was A Star, Now She Works In Arlington

**National Injury Bureau** | Sponsored

Jury Finds Roundup Responsible For Lymphoma | Bayer To Pay $10 Billion

**YourBump** | Sponsored

15 Actors That Hollywood Banned For Life

**SmartAsset** | Sponsored

7 Mistakes Comfortable Retirees Know to Avoid

**autooverload.com** | Sponsored

Total Jerks: These Stars Are Horrible People.

The Atlanta
Journal-Constitution

**ABOUT**

Help Center

About the Atlanta Journal-Constitution

Newsroom Ethics Code

Careers

Archive

Press On

**CONTACT US**

Contact Us

Send a News Tip

Advertise

| AJC Newsroom

## OUR PRODUCTS

ePaper
Newsletters
All AJC Podcasts
Download iOS App
Download Android App

## SUBSCRIPTION

Print Subscription
Digital Subscription
Manage Subscription
Your Profile
NIE/Newspapers in Education

© 2021 The Atlanta Journal-Constitution.

All Rights Reserved.


By using this website, you accept the terms of our

Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices.


Learn about Careers at Cox Enterprises.

**Back to Top**

# Exhibit E

Case 1:21-cv-02070-JPB   Document 22-1   Filed 06/24/21   Page 21 of 55

# Request Absentee Ballot

When an election is held, any registered voter may apply for an **Absentee Ballot** via our online application. Once the application is printed, the below steps should be followed:

1. Download application and print a copy to submit to the absentee team. Complete all applicable fields and sign.  You *must* provide a physical signature or mark in Section Six(6).

a.   **Application** [https://web.archive.org/web/20210616200718/https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2021-05/ABM_2021June15.pdf] for June 15, 2021 Special Election

b.   **Application** [https://web.archive.org/web/20210616200718/https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2021-05/ABM_2021July13.pdf] for July 13, 2021 Special Election Runoff

2. You may apply for a ballot for a relative who is disabled or out of town, but that ballot will be **mailed directly to the voter**.  The person providing assistance should provide a signature or mark in Section Seven(7).

3. Send in the completed application via:
   - **Fax**: 770-528-2458 or 770-528-2519
   - **Mail**:

     Cobb County Board of Elections and Registration
     P.O. Box 649
     Marietta, GA 30061-0649

     If using a shipping service that doesn't deliver
     to a P.O. Box, use the office address:
       736 Whitlock Avenue NW, Suite 400
        Marietta, GA 30064

   - **In-Person**:
     Cobb County Board of Elections and Registration Office
     736 Whitlock Avenue, Suite 400
     Marietta, GA 30064
   - **Email**: Absentee@cobbcounty.org (mailto:absentee@cobbcounty.org)

# Submit Absentee Ballot

1. After the Elections Office has received, reviewed and verified your Absentee Ballot Application, an Absentee Ballot will be mailed to your address between 22 - 29 days prior to the primary or election, or as soon as ballots are available prior to a runoff.

2. Once you have received the Ballot and cast your vote,
   submit the Ballot via:
   - **Mail**:

Cobb County Board of Elections and Registration

P.O. Box 649

Marietta, GA 30061-0649

If using a shipping service that doesn't deliver to a P.O. Box, use the office address:

736 Whitlock Avenue NW,

Suite 400

Marietta, GA 30064

---

- **In-Person:**
  - At an Advance Voting location during voting hours
  - Drop ballot into the drop box in the lobby of the Cobb County Elections and Registrations office.

3. The Cobb County Board of Elections and Registration Office **must receive your ballot by 7PM ET Election Day.**

4. Once a ballot has been received by the Elections and Registration Office, it can no longer be cancelled.

# Military and Overseas Citizen Voters

**Can You Vote Absentee?**

In order to vote in U.S. elections you must be:

- a U.S. citizen
- at least 18 years old
- be absent from your voting residence

You may vote absentee if you are:

- an active duty member of the Uniformed Services or Merchant Marine;
- an eligible spouse or family member of an active duty member of the Uniformed Services or Merchant Marine; or
- a U.S. citizen residing outside the U.S.

For military and overseas citizens,
download the Federal Post Card Application
[https://web.archive.org/web/20210616200718/https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2019-06/Federal-Absentee-Ballot-PostCard-Application.pdf]
.

Additional information and voting assistance for Service members, their families and overseas citizens can be found at the **Federal Voting Assistance Program** [https://web.archive.org/web/20210616200718/https://www.fvap.gov/georgia] website

# Track Your Ballot

### Use the Ballottrax Tool
[https://web.archive.org/web/20210616200718/http://bit.ly/ABBallotStatus]

Review mailed and accepted status
for State-Wide Races

### Visit My Voter Page (MVP)
[https://web.archive.org/web/20210616200718/https://bit.ly/MyGAVoterPg]

Review issued, received and accepted status

# Absentee Ballot FAQs

### When is the last day to apply for an Absentee Ballot?

## How can I return my Absentee Ballot?

## How do I know my Absentee Ballot was counted?

## How do I track my Absentee Application or Absentee Ballot?

## Does my signature have to match my registration? What if it has changed over the years?

## What if I decide I want to vote in-person after I've applied for an Absentee Ballot?

# Cancel Your Ballot

If you desire to cancel your Absentee Ballot, please print and complete the
Affidavit of Cancelled Absentee Ballot [https://web.archive.org/web/20210616200718/https://s3.us-west-2.amazonaws.com/cobbcounty.org.if-us-west-2/prod/2020-05/CobbAffidavitOfCancelAbsenteeBallot.pdf]
. Please note, once ballot has been received by the Cobb County Board of Elections and Registration Office, it can no longer be cancelled.

Complete the form filling out the appropriate fields and confirming a physical signature is provided. **An electronic/typed signature will not be accepted.**

Submit this form via:

- **Fax**: 770-528-2458 or 770-528-2519
- **Mail**:

  Cobb County Board of Elections and Registration
  P.O. Box 649
  Marietta, GA 30061-0649

  If using a shipping service that doesn't deliver
  to a P.O. Box, use the office address:
    736 Whitlock Avenue NW, Suite 400
    Marietta, GA 30064

- **In-Person**:
  Cobb County Board of Elections and Registration Office

736 Whitlock Avenue, Suite 400
Marietta, GA 30064

- **Email**: <u>Absentee@cobbcounty.org (mailto:absentee@cobbcounty.org)</u>

# Exhibit F

| | |
|---|---|
| 37:04 | all right we have the motion before us |
| 37:06 | all in favor |
| 37:08 | uh please vote i we have a voting button |
| 37:10 | or you can raise your hand or both |
| 37:14 | all right thank you all right that's |
| 37:17 | five oh that's what i came up with on |
| 37:18 | that |
| 37:19 | is that right yep pat you didn't push a |
| 37:22 | button |

English (auto-generated)

Live chat replay was turned off for this video.

All    Related    From Cobb County Governme...

Cobb County Board of



37:13 / 1:30:45

Cobb County Board of Elections Meeting - 06/14/21

159 views • Streamed live on Jun 21, 2021

👍 LIKE    👎 DISLIKE    ↗ SHARE    ≡+ SAVE    ⋯

SUBSCRIBE

Cobb County Government
3.59K subscribers

Exhibit G

# Gov. Kemp Issues New COVID-19 Executive Order

**MAY 28, 2021**

**Atlanta, GA** – Today, Governor Brian P. Kemp issued an executive order regarding remaining COVID-19 guidelines for long-term care facilities, schools, and local governments.

"As hospitalizations, cases, deaths, and percent positive tests all continue to decline - and with vaccinations on the rise - Georgians deserve to fully return to normal," **said Governor Kemp**. "With safe and effective vaccines widely available and the public well-aware of all COVID-19 mitigation measures, mandates from state and local governments are no longer needed."

Effective May 31, 2021, through June 15, 2021, this order eliminates rules for restaurants, bars, conventions, childcare facilities, live performance venues, and other organizations. Previous executive orders eliminated regulations for camps and sporting events.

Limited guidelines remain for long-term care facilities, schools, and school districts. Under the new executive order, schools and school districts cannot utilize renewed public health state of emergency authority to require workers or students to wear a face covering while on school campuses.

Read the full executive order **here (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsable.madmimi.com%2Fc%2F226400%3Fid%3D1834865.17792.1.f03e7aeca37da102d2391e3075bdb756&data=04%7C01%7Cmegan.mittelhammer%40georgia.gov%7C77c6e15bac4d4573bc230 8d92212667c%7C512da10d071b4b948abc9ec4044d1516%7C0%7C0%7C 637578285118442669%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4w LjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7**

**C3000&sdata=389vhZfuJf36i%2B5BhX0utvq1RfBE4YcPlmMH1lUNQe0%3D&reserved=0)**.

# Contact Press Secretary

**Mallory Blount**
**mallory.blount@georgia.gov (mailto:mallory.blount@georgia.gov)**

# Contact Deputy Press Secretary

**Emily Flower**
**emily.flower@georgia.gov (mailto:emily.flower@georgia.gov)**

Exhibit H



   



 **Priscilla Smith for Georgia**
June 15 at 6:31 PM · ▪

Folks, if you're still in line -- PLEASE STAY IN LINE! The GOP wants you to leave. Don't make them happy!

👍❤ 31        2 Comments



▪ Like      ▪ Comment      ▪ Share

Most Relevant ▪

 **Michael Lewis**
Go Priscilla! I wish I lived in GA I would so vote for you!
**Like** · **Reply** · 2d     1

⌐ ▪ 1 Reply

 Write a comment...



Exhibit I










**POLLS ARE OPEN, GEORGIA!**



Priscilla
GA HOUSE 34



**Priscilla Smith for Georgia**
June 15 at 7:05 AM · 

Polls are open across the 34th district! Make sure to get out and vote today, and bring a friend or two with you! It's too important.

https://www.priscillaforgeorgia.com/vote

 20        1 Comment   3 Shares

 Like      Comment      Share 

Most Relevant



**Michelle Gurlides Damone**
Good luck today!!!!! Hustle all the way till the polls close. Leave no stone unturned.
Like · **Reply** · 3d       1

 Write a comment... 

Exhibit J





IT'S OFFICIAL – WE'RE HEADING FOR A SPECIAL ELECTION RUNOFF ON JULY 13TH. KICK IN $34 — OR WHATEVER YOU CAN AFFORD — AND LET'S FLIP THIS SEAT BLUE.

# WE'RE HEADING TO A SPECIAL ELECTION RUNOFF

## Voting's Open Until July 13th

PRISCILLA FOR STATE HOUSE

# Get Updates

First Name



Last Name

Email Address

SIGN UP

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# Why I'm Running

I'm fighting to protect our inalienable rights: accessible, affordable healthcare; quality education, no matter the zip code; equal treatment and protections under the law; fair, livable wages; the absolute right of bodily autonomy. We must enforce our right to self governance: **Voter suppression is real**. I have fought and will continue to fight for fiscally responsible, non-hackable, verifiable voting systems.

Every citizen deserves fair and responsive representation. As your representative, I will put the needs of our people first, restore faith in our ability to take an active role in our government and our community, and make Georgia's government once again reflect the true heart and soul of her people.

**DEMOCRATIC CANDIDATE**

# Priscilla Smith

Case 1:21-cv-02070-JPB Document 22-1 Filed 06/24/21 Page 42 of 55



I'm a parent, an artist, educator, and patriotic activist, dedicated to my community and making sure America lives up to its ideals. To these ends I've spent over 20 years in the classroom, helped found multiple arts-oriented nonprofits, been a small-business partner and fought for fair and equal treatment of all people, irrespective of sex, race, or district. I am a lifelong Georgian, and as we step into the future, it is more important than ever that our leadership reflects the character and diversity of our beautiful state.

ON THE ISSUES

JOIN OUR FIGHT

# Volunteer Today



We have the power to turn District 34 blue, but I can't do it alone. I'll need your help reaching out to potential voters by phone, mail, and more to make sure they know that they have a better choice for our district and our state: a choice that puts them, their families, and their communities first.

SIGN UP

# House District 34

**Georgia State House District 34** is one of the most prosperous districts in the state, with diverse people, businesses, cultural spots, and places of great natural beauty. It lies in central north **Cobb County**, bordered on the east by I-75, the south by the GA Hwy. 120. Sections of **Marietta and Kennesaw**, Kennesaw State University, and Kennesaw Mountain National Battlefield Park all call district 34 home.





© Mapbox © OpenStreetMap Improve this map

Is this your district? Fill in your address above or at openstates.org and you can see your political districts or check your voter registration status and check your district information both at the Georgia My Voter Page. Remember: *It's a good idea to check your registration status often. Mistakes have been made and it's too late to find that out on election day!*

**CHECK VOTER STATUS**

#TEAMPRISCILLA

# Stay Connected

First Name

Last Name

Email Address

**SIGN UP**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Priscilla G. Smith**

**GA HOUSE DISTRICT 34**

**Contribute**

**Join the Team**

**Contact Us**

THE COMMITTEE TO ELECT
PRISCILLA G. SMITH

P.O Box 513
Kennesaw, GA 30156

(678) 235-5976
priscilla@priscillaforgeorgia.com

  

# Exhibit K

     



## Special Election June 15th

Priscilla is a parent, an artist, an educator, and a patriotic activist. She'll never take no for an answer.

Brian Kemp and his Republican allies will never silence her. Let's send her to Atlanta and make sure she has what she needs to fight for us.

*LET'S FLIP THIS SEAT*



### Priscilla Smith for Georgia
@priscilla4ga · Political Candidate

 Learn More

■ secure.actblue.com



**Priscilla Smith for Georgia**
June 15 at 10:09 PM · ■

After all the votes have been counted in this jungle primary, it's clear we will be advancing to the runoff!

I'm so proud of the work our campaign has done over the last 6 weeks to put us in a position to win — we pounded the pavement and campaigned the old-fashioned way, people talking to people.

We've had hundreds of conversations with voters who are fed up with Brian Kemp and the Georgia GOP's attacks on our democracy. Georgians want to talk about how to get food on the table, not about how we need to make it illegal to share food in a voting line.

My top priorities in the Georgia State House will be all about jobs, education, and health care. But with the runoff election less than a month away, we must be prepared for all incoming attacks. The Georgia GOP is prepared to do anything to keep this seat red. Let's show them that we're ready to flip it!

The runoff election — and our chance to flip this seat blue — is on












Kick in $34 or more tonight and let's keep this progress moving.

https://secure.actblue.com/.../priscilla-for-ga-special...



Let's flip this seat!

Priscilla is a parent, an artist, an educator, and a patriotic activist and she'll never take no for an answer. Brian Kemp and his Republican allies will never silence her. Let's send her to Atlanta and make sure she has what she needs to fight for us.

SECURE.ACTBLUE.COM

**Let's Flip This Seat**
Priscilla is a parent, an artist, an educator, and a patriotic activist...

  95      15 Comments   10 Shares

 Like     Comment     Share

Most Relevant 

 Write a comment...

 **Matielyn Jones**
Super excited!! Let's go!

Like · Reply · 1d   4

**Chris Slevin Triebsch**
Congratulations!

Like · Reply · 1d   2

**Serenity Forbes**
I live in California but would love to help, are you doing any postcarding for your campaign?

Like · Reply · 22h

**Lindsay Terrebonne**
So happy for you! Congratulations!

Like · Reply · 1d   1

**Brittany T. Smith**
I'd like to contribute from my PAC. A fairly large contribution.




     

 Author
**Priscilla Smith for Georgia**
**Brittany T. Smith** we will be sure to put it to good use! Priscilla@priscillaforgeorgia.com

Like · Reply · 1d

 **Kevin Triebsch**
BIG **congrats**!   1

Like · Reply · 1d

 **Michael Baron**
Let us know about canvassing opportunities. We can flip this district!

Like · Reply · 1d

 **Tiffany Fisher Johnstone**
Congrats! So well deserved.

Like · Reply · 20h

 **Susan Leslie**
**Congratulations**! Donated from Jackson County. 💙💙💙

Like · Reply · 1d

 **Glenn Carroll**
Yay you!!!!! I will make a contribution!

Like · Reply · 1d

 **Manswell T Peterson**
**Latonya Monique Peterson** we made the runoff!!! We will definitely give again to help.

I will be back in on the 12th... if you need me have **Caleb Scott** call me ok

Like · Reply · 1d     3

 1 Reply

 **Fiona Turnbull**







  　　　  



 Priscill...　　 Learn More　　 Like　　 Message　　···

 **Priscilla Smith for Georgia**
June 15 at 10:09 PM · 

After all the votes have been counted in this jungle primary, it's clear we will be advancing to the runoff!

I'm so proud of the work our campaign has done over the last 6 weeks to put us in a position to win — we pounded the pavement and campaigned the ol... See More

 **Let's flip this seat!**

Priscilla is a parent, an artist, an educator, and a patriotic activist and she'll never take no for an answer. Brian Kemp and his Republican allies will never silence her. Let's send her to Atlanta and make sure she has what she needs to fight for us.

SECURE.ACTBLUE.COM
**Let's Flip This Seat**
Priscilla is a parent, an artist, an educator, and a patriotic activist...

 95　　　　　　　　　15 Comments  10 Shares

 Like　　 Comment　　 Share

Most Relevant 

 Write a comment...

 Matielyn Jones



    

View 12 more comments

## OTHER POSTS

 **Priscilla Smith for Georgia**
6h · 

The Georgia courts did something right for once. Protesters won't stop clinics from giving much-needed care to Georgia women.



AJC.COM
**Court throws out $1.4 million verdict against Marietta abortion clinic**

 19

 Like           Comment           Share

 Write a comment...           

 **Priscilla Smith for Georgia**
Yesterday at 3:29 PM · 

It's go time -- we're moving on to the runoff election next month! Ready to join us? Chip in here:
https://secure.actblue.com/.../priscilla-for-ga-special...
or sign-up to volunteer here:
https://www.signupgenius.com/go/5080f49acae23a2f85-ca... See More















Priscilla is a parent, an artist, an educator, and a patriotic activist and she'll never take no for an answer. Brian Kemp and his Republican allies will never silence her. Let's send her to Atlanta and make sure she has what she needs to fight for us.

SECURE.ACTBLUE.COM

**Let's Flip This Seat**
Priscilla is a parent, an artist, an educator, and a patriotic activist...

 5      1 Comment

 Like     Comment     Share

Most Relevant 

 Write a comment...     

 **Serenity Forbes**
I live in California, is there anything else I can do to help? Mailing flyers? Postcarding?

Like · Reply · 21h

 **Priscilla Smith for Georgia** 
Yesterday at 1:22 PM ·

It's very possible we wouldn't have Pride Month without trailblazing activists like Marsha P. Johnson. This month, let's not just celebrate our LGBTQ community, but also remember those that made it possible to celebrate in the first place.







    

Velshi: Marsha P. Johnson was a LGBTQ+ trailblazer. Her work is not finished.

 5

 Like     Comment     Share

 Write a comment...    

 **Priscilla Smith for Georgia** was live.
June 15 at 9:45 PM · 



 44    18 Comments  1 Share

 Like     Comment     Share

Most Relevant 

 Write a comment...    







   

**Like** · **Reply** · 1d

View 15 more comments



