IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE, et al.,**<br><br>   Plainitffs,<br>v.<br><br>**BRIAN KEMP, et al.,**<br>   Defendants. | **Civil Action No. 21-cv-02070-JPB** |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Plaintiffs respectfully move the Court for an out-of-time extension of time to file their Reply Brief in Support of their Motion for Preliminary Injunction. The Reply Brief has already been filed (Doc. 23).

As a result of the Court's granting of the Plaintiffs' Motion for Expedited Consideration, the Plaintiff's Reply to the Defendants' June 24, 2021 Response was due to be filed by 5 p.m. on June 28, 2021. It was not filed until 6:05 p.m., more than an hour late.

The undersigned counsel for Plaintiffs is solely responsible for the late filing and regrets any inconvenience to the Court or parties. Counsel understands fully that Plaintiffs requested, and were granted, expedited consideration and that the

specific deadlines for the filings of the briefs were important for the Court, the Court's staff, and for opposing counsel.

The reason the Reply Brief was not filed on time was a series of technical problems associated with the filing. Specifically, highly unusual formatting issues could not be timely resolved because of a separate, complete e-mail breakdown. The Reply Brief was completed in advance of the deadline, but these late problems frustrated all efforts and a timely filing.

This Motion, however, should be granted because the Reply Brief was filed only an hour after the deadline. In addition, Plaintiffs believe that the Reply Brief will assist the Court in its consideration of the issues presented.

Respectfully submitted this 28th day of June, 2021.

>/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700
bbrown@brucepbrownlaw.com

# CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to N.D. Ga. L.R. 5.1(C), I certify that the foregoing was prepared using Times New Roman 14 font.  I electronically filed this using CM/ECF, thus electronically serving all counsel of record.

This 28th day of June, 2021.

> */s/ Bruce P. Brown*
> Bruce P. Brown
> Georgia Bar No. 064460
> BRUCE P. BROWN LAW LLC
> 1123 Zonolite Rd. NE
> Suite 6
> Atlanta, Georgia 30306
> (404) 881-0700
> bbrown@brucepbrownlaw.com