IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>*Intervenor-Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-02070-JPB |

**STATE DEFENDANTS'[1] RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

After Plaintiffs filed their Motion for Extension of Time to File Reply Brief [Doc. 24], the Court authorized Defendants to file a response by 4:00 p.m. on June 29, 2021 [Order by Docket Entry, 6/29/2021]. State Defendants do not oppose Plaintiffs' Motion.

---

[1] State Defendants are Governor Brian Kemp, Secretary of State Brad Raffensperger, and State Election Board members Sara Ghazal, Anh Le, Rebecca Sullivan, and Matthew Mashburn.

Respectfully submitted this 29th day of June, 2021.

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280
        Charlene McGowan
        Assistant Attorney General
        Georgia Bar No. 697316
        State Law Department
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        */s/ Bryan P. Tyson*
        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Loree Anne Paradise
        Georgia Bar No. 382202
        lparadise@taylorenglish.com
        **Taylor English Duma LLP**
        1600 Parkwood Circle
        Suite 200
        Atlanta, GA 30339
        Telephone: 678-336-7249

        Gene C. Schaerr*
        Erik Jaffe*
        H. Christopher Bartolomucci*
        SCHAERR | JAFFE LLP

1717 K Street NW, Suite 900
Washington, DC  20006
Telephone: (202) 787-1060
Fax: (202) 776-0136
gschaerr@schaerr-jaffe.com

\* Admitted *pro hac vice*

*Counsel for Defendants*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/*Bryan P. Tyson*
Bryan P. Tyson