# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-02070-JPB
### Coalition for Good Governance et al v. Raffensperger et al
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 07/01/2021.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 12:30 P.M.   COURT REPORTER: Penny Coudriet
TIME IN COURT: 2:30        DEPUTY CLERK: Brittney Walker
OFFICE LOCATION: Atlanta

ATTORNEY(S)
PRESENT:

Bruce Brown representing Coalition for Good Governance
Bruce Brown representing Georgia Advancing Progress Political Action Committee
Bruce Brown representing Jackson County Democratic Committee
Bruce Brown representing Adam Shirley
Bruce Brown representing Aileen Nakamura
Bruce Brown representing Antwan Lang
Bruce Brown representing Bradley Friedman
Bruce Brown representing Elizabeth Throop
Bruce Brown representing Ernestine Thomas-Clark
Bruce Brown representing Jeanne Dufort
Bruce Brown representing Judy McNichols
Bruce Brown representing Patricia Pullar
Bruce Brown representing Rhonda Martin
Bruce Brown representing Ryan Graham
Gregory Hecht representing Coalition for Good Governance
Gregory Hecht representing Georgia Advancing Progress Political Action Committee
Gregory Hecht representing Jackson County Democratic Committee
Gregory Hecht representing Adam Shirley
Gregory Hecht representing Aileen Nakamura
Gregory Hecht representing Antwan Lang
Gregory Hecht representing Bradley Friedman
Gregory Hecht representing Elizabeth Throop
Gregory Hecht representing Ernestine Thomas-Clark
Gregory Hecht representing Jeanne Dufort
Gregory Hecht representing Judy McNichols
Gregory Hecht representing Patricia Pullar
Gregory Hecht representing Rhonda Martin
Gregory Hecht representing Ryan Graham
Bryan Tyson representing Anh Le
Bryan Tyson representing Brad Raffensperger

Bryan Tyson representing Brian Kemp
Bryan Tyson representing Matthew Mashburn
Bryan Tyson representing Rebecca N. Sullivan
Bryan Tyson representing Sara Ghazal

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [15]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court held Oral Argument on 7/1/21. See transcript for more details. |
| HEARING STATUS: | Hearing Concluded |