Honorable J. P. Boulee
United States District Judge
1988 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309.

Via Certified mail
7017 0190 0000 9220 1379

Dear Judge Boulee,

I am not an attorney and do not know what is the appropriate course in this situation. I believe having knowledge of an order of the court that effects the citizens of the entire state not being complied with makes it incumbent upon me to do the best I can to effect a change to the situation. This is regarding your order that prohibits enforcement of Photography II in Coalition for Good Governance v. Kemp which was extended to Secretary of State Raffensperger.

The accompanying affidavit is self explanatory. Suffice it to say that defendant Raffensperger has taken no action to facilitate your order being carried out and it is likely that despite your ruling that voters will not be allowed any photography in the poll In November just as occurred in primaries. A directive on poll photography should have been issued for pollworker and pollwatcher training.

I tried to contact the attorneys for Good Governance but have received no response and wrote a letter to Governor Kemp which I do not expect to be productive. I request you do whatever is appropriate to require direction to comply with your order at the polls. Should you need to contact me, my contact information is below.

Regards,
Deborah Davis
200 Morris Hill Rd. Canton, GA 30114
770 720 8349
davis728@windstream.net

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 17 2021

Kevin P. Weimer, Clerk
By:  Deputy Clerk

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA
DIVISION

DISTRICT COURT ATLANTA DIVISION

COALITION FOR GOOD GOVERNANCE et al.,

        CIVIL ACTION NO. 1: cv02 070JPB

Plaintiff

-vs-

BRIAN KEMP et al.

Defendant

## AFFIDAVIT

I, Deborah J Davis, of Canton, in Cherokee, Georgia, MAKE OATH AND SAY THAT:

1. Affiant completed election pollworker online training March 29, 2022 and subsequent in person training April 20, 2022. Affiant served in the Georgia primary May 24, 2022 at R. T. Jones precinct in Cherokee County.

2. Pollworker training included that no electronics were allowed to be used in the voting area. Affiant witnessed other pollworkers admonishing voters and advising no electronics could be used in the voting area. Affiant was at the time unaware of an order prohibiting partial enforcement of use of electronics in the voting area issued August 20, 2021.

3. Affiant made open records request to Cherokee County Board of Elections for directive from the Secretary of State that would effect pollworker training or poll operation in compliance of District Court Order and was advised that no such directive existed. Affiant has made an open records request for directives from defendant Bradley Raffensperger, the current Secretary of

State, that would effect pollworker training or administration of polls in accordance with the order. The response to that request has been delayed if it can be located.

4.   Affiant has located no further order regarding the August 20, 2021 order. Affiant brought the order to the attention of the Cherokee County Board of Elections at public board meetings September 12 and October 3 and expects no compliance with the order at the precinct level absent direction from the Court or Secretary of State.

STATE OF GEORGIA

COUNTY OF CHEROKEE

SUBSCRIBED AND SWORN TO BEFORE ME,
on the ___4th___ day of ___October___,
___2022___

_____(Signature)

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
_____

Deborah J Davis

©2002-2022 LawDepot.com®