# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, et al.,<br>      *Plaintiffs*,<br><br>  v.<br><br>Brian KEMP, in his official capacity as Governor of the State of Georgia, et al.,<br>      *Defendants*,<br><br>REPUBLICAN NATIONAL COM-MITTEE; et al.,<br>      *Intervenor-Defendants*. | No. 1:21-cv-2070-JPB |

**INTERVENOR-DEFENDANTS' NOTICE OF
JOINDER IN STATE DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION
AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Republican Intervenor-Defendants join the State Defendants' opposition to Plaintiffs' motion for a permanent injunction and final judgment on their photography claim and for voluntary dismissal without prejudice of their remaining claims.

Dated: November 1, 2022

/s/ *Cameron T. Norris*

| | |
|---|---|
| John E. Hall, Jr. | Tyler R. Green (*pro hac vice*) |
|   Georgia Bar No. 319090 | Cameron T. Norris (*pro hac vice*) |
| William Bradley Carver, Sr. | Jeffrey S. Hetzel (*pro hac vice*) |
|   Georgia Bar No. 115529 | CONSOVOY MCCARTHY PLLC |
| W. Dowdy White | 1600 Wilson Blvd., Ste. 700 |
|   Georgia Bar No. 320879 | Arlington, VA 22209 |
| HALL BOOTH SMITH, P.C. | (703) 243-9423 |
| 191 Peachtree St. NE, Ste. 2900 | cam@consovoymccarthy.com |
| Atlanta, GA 30303 | |
| (404) 954-6967 | |

*Counsel for Intervenor-Defendants*

1

**CERTIFICATE OF COMPLIANCE**

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Cameron T. Norris*

**CERTIFICATE OF SERVICE**

On November 1, 2022, I e-filed this document on ECF, which will email everyone requiring service.

/s/ *Cameron T. Norris*