IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, et al.,<br><br>Defendants. | Civil Action No. 21-cv-02070-JPB |

## PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY

Plaintiffs' move for an extension until of the discovery period until 30 days after the Court rules upon Plaintiffs' October 22, 2022 Motion for Permanent Injunction on Photography Rule II Claim and for Voluntary Dismissal (ECF 93). Until that Motion is ruled upon, the parties will not know what claims remain in the case and what evidence is necessary for discovery.[1]

## Discussion

---

[1] Yesterday afternoon, Plaintiffs' counsel asked Defendants' counsel if Defendants would consent to this motion or not oppose it. Defendants have not had the opportunity to respond (understandable, given the ongoing election) and, in light of the time-sensitivity of this Motion, Plaintiffs have filed this Motion before receiving a formal response.

1

The procedural history of this case, and the merits of Plaintiffs' Motion, is fully described in Plaintiffs' Motion (ECF 93) and the State Defendants' Response (ECF 94) and will not be repeated in this brief. There are several potential outcomes of the Motion:

1. The Court grants the Motion in its entirety, and enters final judgment on the Photography Rule II claim, resulting in the termination of the case.

2. The Court denies the Motion as to the permanent injunction but grants the Motion for Voluntary Dismissal of the Remaining Claims, with or without conditions (*see* Rule 41(a)(2)). Defendants urge the Court to deny the motion for permanent injunction and to "dismiss the *entirety* of Plaintiffs' Complaint without prejudice." (ECF 94 at 10) (emphasis in original).

3. The Court stays the case, which is the alternative offered by the Plaintiffs in their Motion (ECF 93 at 12-13).

4. The Court denies Plaintiffs' Motion in its entirety.

Depending on the Court's resolution, discovery might be appropriate as to all of the claims, none of the claims, or only as to the Photography Rule II claim.

Because of the uncertainty of the scope of potential discovery, an extension until a reasonable time after the Court rules on the Motion will likely save both parties substantial trouble and expense.

Plaintiffs therefore move for an extension of the discovery period until 30 days after the Court rules on Plaintiffs' pending Motion.

Respectfully submitted this 9th day of November, 2022.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Cary Ichter* |
| Bruce P. Brown | Cary Ichter |
| Georgia Bar No. 064460 | Georgia Bar No. 382515 |
| BRUCE P. BROWN LAW LLC | ICHTER DAVIS LLC |
| 1123 Zonolite Rd. NE | 3340 Peachtree Road NE |
| Suite 6 | Suite 1530 |
| Atlanta, Georgia 30306 | Atlanta, Georgia 30326 |
| (404) 881-0700 | (404) 869-7600 |
| bbrown@brucepbrownlaw.com | CIchter@Ichterdavis.com |
| | |
| */s/ Greg K. Hecht* | */s/Shea E. Roberts* |
| Greg K. Hecht | Shea E. Roberts |
| Georgia Bar No. 003860 | Georgia Bar No. 608874 |
| HECHT WALKER, P.C. | GIACOMA ROBERTS & DAUGHDRILL LLC |
| 205 Corporate Center Dr. | 945 East Paces Rd., Suite 2750 |
| Suite B | Atlanta, Georgia 30326 |
| Stockbridge, Georgia 30281 | (404) 924-2850 |
| (404) 348-4881 | sroberts@grdlegal.com |
| greg@hmhwlaw.com | |

CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to N.D. Ga. L.R. 5.1(C), I certify that the foregoing was prepared using Times New Roman 14 font. I electronically filed this using CM/ECF, thus electronically serving all counsel of record.

This 9th day of November, 2022.

>*/s/ Bruce P. Brown*
>Bruce P. Brown
>Georgia Bar No. 064460
>BRUCE P. BROWN LAW LLC
>1123 Zonolite Rd. NE
>Suite 6
>Atlanta, Georgia 30306
>(404) 386-6856
>bbrown@brucepbrownlaw.com