IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:21-CV-02070-JPB |

### RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY

This Court should not grant Plaintiffs' Motion for Extension of Discovery ("Motion"). [Doc. 96]. As Defendants have explained before, Plaintiffs have repeatedly delayed discovery. *See* [Doc. 94, pp. 3-5]. And it is as a direct result of those actions—or more accurately, inaction—that Plaintiffs now seek yet another extension of discovery despite this Court's warning that an "additional extension" would be "unlikely absent exceedingly compelling circumstances *and* a showing that Plaintiffs have made efforts to move the case forward." [Doc. 89, p. 2] (emphasis added). Plaintiffs have not

1

satisfied either condition. Rather, as shown below, Plaintiffs have not made *any* effort to move this case forward.

Defendants oppose Plaintiffs' Motion for all the reasons set forth in their Response in Opposition to Plaintiffs' Motion for Permanent Injunction, [Doc. 94], but also because Plaintiffs' refusal to engage in discovery persists even in the face of the looming discovery deadline this Court set for November 17, 2022. As recently as November 7, 2022, Defendants were still attempting to schedule depositions that were previously noticed. Email from B. Tyson to B. Brown, attached as Ex. A. This Court set a final discovery deadline of November 17, 2022, and it should require Plaintiffs to follow its prior orders. Defendants remain prepared to conduct depositions to complete discovery by this discovery deadline.

If this Court is inclined to extend discovery at all, it should only extend discovery to allow Defendants to take the depositions they noticed in October [Doc. 91]. Otherwise, this Court should dismiss the case without prejudice, as Defendants have urged repeatedly, and allow Plaintiffs to refile when they are able to litigate.

Respectfully submitted this 11th day of November, 2022.

                                      Christopher M. Carr
                                      Attorney General
                                      GA Bar No. 112505

        Bryan K. Webb
        Deputy Attorney General
        GA Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        GA Bar No. 760280
        **State Law Department**
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        */s/ Bryan P. Tyson*
        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        **Taylor English Duma LLP**
        1600 Parkwood Circle
        Suite 200
        Atlanta, GA 30339
        Telephone: 678-336-7249

        Gene C. Schaerr*
        gschaerr@schaerr-jaffe.com
        Erik Jaffe*
        ejaffe@schaerr-jaffe.com
        H. Christopher Bartolomucci*
        cbartolomucci@schaerr-jaffe.com
        **SCHAERR | JAFFE LLP**
        1717 K Street NW, Suite 900
        Washington, DC  20006
        Telephone: (202) 787-1060
        Fax: (202) 776-0136
        * Admitted *pro hac vice*

        *Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Response has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson