# EXHIBIT A

| | |
|---|---|
| **From:** | Bryan Tyson |
| **To:** | Bruce Brown |
| **Cc:** | Brian Field; Marilyn Marks |
| **Subject:** | RE: SB 202 |
| **Date:** | Monday, November 7, 2022 10:48:00 AM |

Bruce,

Hope your election-day eve is starting well. As of today, we don't have a ruling from Judge Boulee on the dismissal and have a deadline to complete discovery in ten days. We held off on the depositions we previously noticed based on your assurance on October 21 about completing depositions for before November 16. We need to get deposition dates for the plaintiffs from you as soon as possible to ensure we can complete discovery by that date. To make scheduling easier, we are good with taking the depositions of 3-4 of the individual plaintiffs a day to help with the overall pace.

Please let us know as soon as possible when we can get these depositions scheduled.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | LinkedIn | Twitter

**Ask Me About Our TED Tenet of the Week: Make Quality Personal.**

Click here to learn more about our TED Tenets.

Alabama | California | Florida | Georgia | Illinois | Indiana | Michigan | North Carolina | Pennsylvania | Tennessee | Texas | Washington | Wisconsin

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Bryan Tyson
**Sent:** Tuesday, November 1, 2022 3:46 PM
**To:** Bruce Brown <bbrown@brucepbrownlaw.com>
**Cc:** Brian Field <bfield@schaerr-jaffe.com>; Marilyn Marks <marilyn@uscgg.org>
**Subject:** RE: SB 202

Bruce,

Hope you are well. I'm sure you saw where we filed our response yesterday to try and move things along. Given that we've got 15 days left, do you have thoughts about reaching out to Judge Boulee's chambers to try and get some direction? I think we'll need to start deposing plaintiffs in the next few days to finish by November 16 if we don't have a ruling soon.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website  |  LinkedIn  |  Twitter

**Ask Me About Our TED Tenet of the Week: Run Our Operation Profitably.**

Click here to learn more about our TED Tenets.

Alabama  |  California  |  Florida  |  Georgia  |  Illinois  |  Indiana  |  Michigan  |  North Carolina  |  Pennsylvania  |  Tennessee  |  Texas  |  Washington  |  Wisconsin

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Bruce Brown <bbrown@brucepbrownlaw.com>
**Sent:** Friday, October 21, 2022 5:39 PM
**To:** Bryan Tyson <btyson@taylorenglish.com>
**Cc:** Brian Field <bfield@schaerr-jaffe.com>; Marilyn Marks <marilyn@uscgg.org>
**Subject:** Re: SB 202

Bryan,
Yes, if the Court does not grant our motion for voluntary dismissal or stay the case, we will schedule the depositions for before November 16.
Thanks,
Bruce

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Friday, October 21, 2022 at 5:27 PM
**To:** Bruce Brown <bbrown@brucepbrownlaw.com>
**Cc:** Brian Field <bfield@schaerr-jaffe.com>, Marilyn Marks <marilyn@uscgg.org>
**Subject:** Re: SB 202

Bruce,

Our clients' position is as I stated - we can agree to a stipulation of dismissal of all claims but not a partial dismissal.

If we have your commitment that we can complete all depositions before November 16, then we can hold off on the depositions for early next week. But we need to begin taking depositions as soon as possible.

Thanks,

Bryan


Bryan P. Tyson
Taylor English Duma LLP | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | M: 404.219.3160 |  btyson@taylorenglish.com
www.taylorenglish.com

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the

copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

On Oct 21, 2022, at 5:07 PM, Bruce Brown <bbrown@brucepbrownlaw.com> wrote:

Bryan,
To follow up on our conversation a couple of things:

1. I am going to need to go ahead and file the motion ( unless I hear back from you before too long ). I understand your client's position but hope it changes given the clarity of the law.

2. On the depos we cannot go forward with them next week but if necessary we will do everything we can to accommodate your schedules down the road. I understand you have not withdrawn the notices but just needed to be clear.

Thanks again,
Bruce