IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-02070-JPB |

## MOTION TO EXTEND THE TIME FOR DISCOVERY

Defendants Brian P. Kemp, Secretary of State Brad Raffensperger, and State Election Board Members William S. Duffey, Edward Lindsey, Matthew Mashburn, Janice Johnston, and Sara Ghazal have conferred with Defendant-Intervenors and, with their consent, respectfully request this Court extend the time for discovery in this case. Plaintiffs do not consent to this motion as presented, while supporting an overall extension of discovery.

This Court denied Plaintiffs' motion for a permanent injunction and granted Plaintiffs' motion for extension of time for discovery on April 6, 2023. [Doc. 102]. Up to that point, the parties had not completed the depositions of Plaintiffs while awaiting the Court's ruling. *See, e.g.*, [Docs. 94, 97].

1

Once the Court granted additional discovery in this case, State Defendants requested deposition dates for Plaintiffs the same day the Court issued its order. After Plaintiffs advised they planned to file an amended complaint, State Defendants asked Plaintiffs to provide deposition dates a week after the amended complaint was provided so they would have time to review it ahead of the depositions. Plaintiffs filed their Second Amended Complaint on April 22, 2023 [Doc. 104], leaving slightly more than two weeks to complete the plaintiff depositions. After State Defendants requested deposition dates on April 6, April 10, April 19, April 25, and May 4, Plaintiffs provided deposition dates for all plaintiffs today.

Unlike prior extensions of discovery in this case, where specific deposition dates were not known or planned, the parties now have specific dates on which Plaintiff depositions will take place. While State Defendants are consumed with tasks related to the expert discovery and responding to the preliminary-injunction motion in the consolidated SB 202 cases, State Defendants will take each deposition on the date provided by Plaintiffs to avoid any further delays.

Because the deposition dates were provided today and discovery ends on Monday, a short extension of discovery is required for the purpose of

completing these plaintiff depositions. The deposition dates begin on May 11, 2023 and run through June 5, 2023.

Thus, State Defendants, with the consent of Defendant-Intervenors, request the following modifications to the Court's order on discovery after the extension, to allow a short extension of discovery for the purpose of completing the plaintiff depositions:

| EVENT | PRIOR DEADLINE [Doc. 102] | NEW DEADLINE |
|---|---|---|
| Close of discovery | May 8, 2023 | June 5, 2023 |
| Motions for summary judgment | June 7, 2023 | July 10, 2023 |
| Oppositions to motions for summary judgment | Not currently set | August 7, 2023 |
| Reply in support of motions for summary judgment | Not currently set | August 28, 2023 |

A proposed order granting the Motion is attached.

Respectfully submitted this 4th day of May, 2023.

> Christopher M. Carr
> Attorney General
> Georgia Bar No. 112505
> Bryan K. Webb
> Deputy Attorney General
> Georgia Bar No. 743580
> Russell D. Willard
> Senior Assistant Attorney General
> Georgia Bar No. 760280
> Elizabeth Vaughan

Assistant Attorney General
Georgia Bar No. 762715
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

Gene C. Schaerr*
gschaerr@schaerr-jaffe.com
Erik Jaffe*
ejaffe@schaerr-jaffe.com
H. Christopher Bartolomucci*
cbartolomucci@schaerr-jaffe.com
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC  20006
Telephone: (202) 787-1060

4

Fax: (202) 776-0136
* Admitted *pro hac vice*

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
