IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, *et al.*,<br><br> *Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br> *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-02070-JPB |

## PLAINTIFFS' RESPONSE TO MOTION TO EXTEND THE TIME FOR DISCOVERY

Plaintiffs oppose the Defendants' Motion to Extend the Time for Discovery (Doc. 105) only to the extent that the discovery period should be extended to June 16, 2023, rather than June 5, 2023. This additional eleven-day cushion is prudent in light of the number of depositions, parties, and counsel.

Plaintiffs note that since this Court's order which reopened the case, Plaintiffs have narrowed the scope of this case by dropping four counts - three counts relating to the absentee ballot window and another challenging the relaxed voter ID rule. (Doc. 104). Even with this narrowing of the case,

1

however, Plaintiffs believe that the additional time for discovery is necessary and reasonable.

Plaintiffs request that the Court enter the Plaintiffs' proposed order, filed herewith, which sets the following deadlines.

| EVENT | PRIOR DEADLINE [Doc. 102] | NEW DEADLINE |
|---|---|---|
| Close of discovery | May 8, 2023 | June 16, 2023 |
| Motions for summary judgment | June 7, 2023 | July 17, 2023 |
| Oppositions to motions for summary judgment | Not currently set | August 17, 2023 |
| Reply in support of motions for summary judgment | Not currently set | September 7, 2023 |

Respectfully submitted this 4th day of May, 2023.

/s/ *Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 386-6856
bbrown@brucepbrownlaw.com

/s/ *Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600
CIchter@Ichterdavis.com

*/s/ Greg K. Hecht*
Greg K. Hecht
Georgia Bar No. 003860
HECHT WALKER, P.C.
205 Corporate Center Dr.
Suite B
Stockbridge, Georgia 30281
(404) 348-4881
greg@hmhwlaw.com

*/s/Shea E. Roberts*
Shea E. Roberts
Georgia Bar No. 608874
GIACOMA ROBERTS & DAUGHDRILL LLC
945 East Paces Rd.
Suite 2750
Atlanta, Georgia 30326
(404) 924-2850
sroberts@grdlegal.com

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to N.D. Ga. L.R. 5.1(C), I certify that the foregoing was prepared using Times New Roman 14 font. I electronically filed this using CM/ECF, thus electronically serving all counsel of record.

This 4th day of May, 2023.

                                 */s/ Bruce P. Brown*
                                 Bruce P. Brown
                                 Georgia Bar No. 064460
                                 BRUCE P. BROWN LAW LLC
                                 1123 Zonolite Rd. NE
                                 Suite 6
                                 Atlanta, Georgia 30306
                                 (404) 386-6856
                                 bbrown@brucepbrownlaw.com