IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, *et al.*<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of the State of Georgia, *et al.*,<br><br>    *Defendants*. | Civil Action No.:<br>1:21-CV-02070-JPB |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Brian Kemp, in his official capacity as the Governor of the State of Georgia; Brad Raffensperger, in his official capacity as Secretary of State of Georgia; and Sara Tindall Ghazal, Janice Johnston, Edward Lindsey, and Matthew Mashburn, in their official capacities as members of the State Election Board (collectively, "Defendants"), move this Court for summary judgment in their favor pursuant to pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1. As shown by the attached Defendants' Brief in Support of Motion for Summary Judgment, the Exhibits attached to and filed with the Statement of Material Facts accompanying the Brief, and the deposition testimony filed with this Court, there are no material issues of fact in dispute and, as a matter

1

of law, Defendants are entitled to summary judgment on all of Plaintiffs' claims.

WHEREFORE, Defendants respectfully request that this Court enter summary judgment in their favor and cast all costs against Plaintiffs.

Respectfully submitted this 17th day of July, 2023.

                                  Christopher M. Carr
                                  Attorney General
                                  Georgia Bar No. 112505
                                  Bryan K. Webb
                                  Deputy Attorney General
                                  Georgia Bar No. 743580
                                  Russell D. Willard
                                  Senior Assistant Attorney General
                                  Georgia Bar No. 760280
                                  Elizabeth Vaughan
                                  Assistant Attorney General
                                  Georgia Bar No. 762715
                                  **State Law Department**
                                  40 Capitol Square, S.W.
                                  Atlanta, Georgia 30334

                                  Gene C. Schaerr*
                                  Special Assistant Attorney General
                                  H. Christopher Bartolomucci*
                                  Brian J. Field*
                                  **SCHAERR | JAFFE LLP**
                                  1717 K Street NW, Suite 900
                                  Washington, DC 20006
                                  (202) 787-1060
                                  gschaerr@schaerr-jaffe.com
                                  *Admitted pro hac vice*

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com
Deborah A. Ausburn
Georgia Bar No. 028610
dausburn@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com
Tobias C. Tatum, Sr.
Georgia Bar No. 307104
ttatum@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/Bryan P. Tyson
Bryan P. Tyson