# EXHIBIT E

Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION
3   COALITION FOR GOOD GOVERNANCE,
    et al.,
4
            Plaintiffs,
5                                            CIVIL ACTION FILE
            vs.
6                                            NO. 1:21-CV-02070-JPB
    BRIAN KEMP, Governor of the
7   State of Georgia, in his
    official capacity, et al.,
8
            Defendants.
9
10                  VIDEO DEPOSITION OF
11                    PATRICIA PULLAR
12                     May 15, 2023
13                      9:39 a.m.
14          TAKEN BY REMOTE VIDEOCONFERENCE
15      Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

1   than that?
2       A   It was very far away from that time.  I
3   might have been out of town or something like that,
4   but I don't recall.
5       Q   And we discussed your preference for early
6   voting in the most recent elections.  Has it always
7   been that way, or did you used to vote in person on
8   Election Day?
9       A   As far as I can remember, when early
10  voting started, I voted early.  It was only maybe
11  once that I went into a local polling location on
12  Election Day.
13      Q   To the best of your recollection,
14  approximately when was that that you went in person
15  to vote on Election Day?
16      A   It might have been in 2012, 2014,
17  something like that.
18      Q   Ms. Pullar, your allegations in this
19  action also relate to the position that you have on
20  the Clayton County board; is that accurate?
21      A   Yeah, I'm no longer on the board.
22      Q   How -- strike that.
23          When did you stop serving on the board?
24      A   January of this year.  Someone else was
25  reappointed -- was appointed, rather.  December was

```
 1   my last board meeting.
 2        Q    Just to briefly describe for my education
 3   on it, how does the appointment process work
 4   specifically as it relates to the position that you
 5   previously held?
 6        A    County commissioner appoints board members
 7   to the Board of Elections.  Each individual county
 8   commissioner selects someone from their district.
 9        Q    So would it have been the Clayton County
10   commissioner for the district that you were on the
11   board for that appointed someone else?
12        A    Yes.
13        Q    And how long did you serve on the Clayton
14   County board?
15        A    15 years.
16        Q    Again, to summarize to the best of your
17   ability, what were your duties and responsibilities
18   when serving on the Clayton County board?
19        A    Because we are the superintendents of the
20   election, we would set policy and assist the
21   elections director with any administrative policies
22   that we wanted to implement.
23        Q    How would that process work for either
24   developing or coming up with those policies?
25        A    In our meetings our elections director
```

1  you're going to be sworn in, and show up at the
2  first meeting.
3      Q   And, again, I'm going to try to not go too
4  far off course with this line of questioning.  So
5  based on that description, did the county
6  commissioner -- strike that.
7          How were you informed that you were no
8  longer appointed to the position that he had held
9  for 15 years?
10     A   I wasn't.
11     Q   So based on the description that you
12 provided, were the circumstances just that the
13 county commissioner just asked another individual to
14 serve in that position?
15     A   Yes.
16     Q   To clarify there, it would be accurate to
17 say that there was no formal way of you learning
18 that you would no longer serve on the board?
19     A   There was no formal way.
20     Q   This may end up being a loaded question or
21 a simple question, so to the extent that we may have
22 to get into it in my later question, we will, but to
23 the best of your understanding, does your capacity
24 no longer serving on the board as of December 2022
25 relate in any way to the allegations and claims in

Case 1:21-cv-02070-JPB   Document 123-7   Filed 07/17/23   Page 6 of 6
Patricia Pullar                                                May 15, 2023
Coalition for Good Governance v. Kemp, Brian

Page 29

1  this action?
2      A    No, it was just another commissioner
3  coming onboard and deciding to appoint someone of
4  their liking.
5      Q    Again, this may be a simple and obvious
6  answer, but I just want to clarify and confirm, so
7  the process by which this new commissioner -- strike
8  that.
9           This new commissioner that came onboard,
10 was that in -- close in time to the -- to your not
11 receiving that appointment anymore?
12     A    Can you pose that question again?  I'm
13 sorry.
14     Q    I'll accurately -- again, I'm just trying
15 to understand this process a little bit better.
16          So would it be accurate to state the
17 timeline of this new county commissioner gets that
18 position; following that someone else is appointed
19 to serve on the Clayton County board in the capacity
20 that you previously served in?
21     A    Correct.
22     Q    And now we will move along to the lawsuit
23 itself.  We will begin by discussing the law at
24 issue in this litigation generally, which is Georgia
25 Senate Bill 2302.  When I refer to this, I might