# EXHIBIT F

Case 1:21-cv-02070-JPB   Document 123-8   Filed 07/17/23   Page 2 of 4
Ernestine Thomas-Clark                               May 23, 2023
Coalition for Good Governance v. Kemp, Brian

Page 1

1         IN THE UNITED STATES DISTRICT COURT
2         FOR THE NORTHERN DISTRICT OF GEORGIA
3                  ATLANTA DIVISION
4    COALITION FOR GOOD GOVERNANCE,    CIVIL ACTION
5    et al.,                           FILE NO.
6           Plaintiff,                 1:21-CV-02070-JPB
7    v.
8    BRIAN KEMP, Governor of the
9    State of Georgia, in his
10   official capacity, et
11   Al.,
12          Defendants.
13
14         Virtual Videotape Deposition of
                Ernestine Thomas-Clark
15                 May 23, 2023
                   At 2:00 p.m.
16
17
18
19
20
21
22
23   Reported by LeShaunda Cass-Byrd, CSR, RPR
24
25

Case 1:21-cv-02070-JPB   Document 123-8   Filed 07/17/23   Page 3 of 4
Ernestine Thomas-Clark                                    May 23, 2023
Coalition for Good Governance v. Kemp, Brian

Page 39

1    something that was recent as of April 2023 when this
2    second amended complaint was filed.
3              Do you understand that?
4    A.    I understand what you're saying, yes.
5    Q.    Is there more that you can tell me?
6          We can move on if you don't know.
7    A.    I -- I didn't know -- I don't know anything
8    about this, sir.  I mean, I said I saw it, but this is
9    different from what I thought it was because I -- I
10   don't know anything about this.
11   Q.    All right.  Paragraph 160 says if the SEB,
12   that is the State Elections Board, follows through on
13   its expressed intention to suspend or remove
14   superintendents that it claims have existing
15   violations such as Coffee County Board, plaintiff
16   Thomas-Clark will be injured in the same manner
17   alleged above for plaintiff Shirley.
18             Have you heard anything recently from the
19   State Election Board about possible suspension?
20   A.    No.
21   Q.    Has anything about SB 202 prevented you
22   from speaking out in public for making any complaints
23   to the state government about election administration?
24   A.    Sir, would you repeat that again, please?
25   Q.    Do you believe that anything in SB 202 has

Case 1:21-cv-02070-JPB   Document 123-8   Filed 07/17/23   Page 4 of 4
Ernestine Thomas-Clark                                    May 23, 2023
Coalition for Good Governance v. Kemp, Brian

Page 40

```
 1     prevented you from speaking out with regard to
 2     electoral-related issues either in public generally or
 3     directly to members of the state government?
 4         A.    Do I believe it would stop me from doing it
 5     if it's passed?
 6         Q.    Do I believe it has stopped you -- do you
 7     believe it has stopped you?
 8         A.    Oh.  No, I don't believe it has stopped me.
 9         Q.    Paragraph 162 says you're registered to
10     vote and are an eligible elector of Georgia and Coffee
11     County, right?
12         A.    Yes, I am.
13         Q.    And you intend to vote in all elections in
14     which you're eligible to vote, right?
15         A.    Yes.
16         Q.    Now, SB 202 was enacted in March of 2021.
17               Does that sound right to you?
18         A.    I -- I really don't remember.
19         Q.    Okay.  Well, let me ask this question.
20     Since March of 2021, have you been able to vote in
21     every election where you wanted to vote?
22         A.    Oh, yes.
23         Q.    Since March 2021, have you been prevented
24     from voting at any time?
25         A.    No.
```