# EXHIBIT G

Case 1:21-cv-02070-JPB   Document 123-9   Filed 07/17/23   Page 2 of 4
30(b)(6) Adam C. Shirley                                  June 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
 3    COALITION FOR GOOD            )
      GOVERNANCE, et al.,           )
 4                                  )
           Plaintiffs,              )
 5                                  )
      vs.                           )   CIVIL ACTION NO.
 6                                  )
      BRIAN KEMP, Governor of       )   1:21-CV-02070-JPB
 7    the State of Georgia, in      )
      his official capacity, et     )
 8    al,                           )
                                    )
 9         Defendants.              )
10
11
12
13
14      VIDEOTAPED 30(b)(6) DEPOSITION OF ADAM C. SHIRLEY
15                    (Taken by Defendants)
16                       June 16, 2023
17                        1:03 p.m.
18
19
20
21
22
23
24
25      Reported by:   Debra M. Druzisky, CCR-B-1848
```

Case 1:21-cv-02070-JPB   Document 123-9   Filed 07/17/23   Page 3 of 4
30(b)(6) Adam C. Shirley                                  June 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 40

1    are described in this sentence?
2        A.   As a citizen on the outside of the Board
3    of Elections watching this going on, I was not able
4    to attend the hearing that they held in Athens, but
5    my recollection is that there -- the resolution was
6    a fine to be paid by the County, and I believe
7    that -- and a warning.  I believe that was the
8    conclusion of it.
9        Q.   And are you aware of any other
10   investigations or violations in connection with the
11   Athens-Clarke County board from the Georgia State
12   Election Board?
13       A.   I am not.
14       Q.   To your knowledge, is the Athens-Clarke
15   County board currently under investigation for any
16   reason by the State Election Board?
17       A.   To the best of my knowledge, no.
18       Q.   And to the best of your knowledge, since
19   being appointed to the State Election Board -- I
20   mean, strike that.
21            To the best of your knowledge, since being
22   appointed to the Athens-Clarke Board of Elections,
23   has the State Election Board found the
24   Athens-Clarke board to be in violation for any
25   reason?

Case 1:21-cv-02070-JPB   Document 123-9   Filed 07/17/23   Page 4 of 4
30(b)(6) Adam C. Shirley                                  June 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 41

1    A.   To the best of my knowledge, no.
2    Q.   And I will stop sharing my screen at this
3    point.  I'll bring it back up in just a second when
4    needed.
5         Mr. Shirley, what is your understanding of
6    the harm that is alleged by you or on your behalf
7    in the complaint related to what I will call the
8    take-over provision in SB 202, but it could also be
9    referenced as the suspension provision?
10        You understand what I am referring to when
11   I -- when I use that language; right?
12   A.   I am.  You're asking what is my
13   understanding of the potential harm that I'm
14   alleging would be to me in my capacity as a Board
15   of Elections member?
16   Q.   Yes.  That's correct.
17   A.   Okay.  My understanding is that, under the
18   provisions of SB 202 if it's allowed to stand, I as
19   a Board of Elections member will not only be
20   answerable/accountable to the mayor and county
21   commission or a Superior Court judge who pre-SB 202
22   were the two that could remove us from -- or you
23   know, not renew us to our position, there will
24   instead be the possibility of the local county
25   government initiating a hearing, requesting a