# EXHIBIT H

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF GEORGIA
 3                        ATLANTA DIVISION
 4   COALITION FOR GOOD GOVERNANCE,      CIVIL ACTION
 5   et al.,                             FILE NO.
 6             Plaintiff,                1:21-CV-02070-JPB
 7   v.
 8   BRIAN KEMP, Governor of the
 9   State of Georgia, in his
10   official capacity, et al.,
11             Defendants.
12
13             Virtual Videotape Deposition of
                       Judy McNichols
14                     May 25, 2023
                       At 9:30 a.m.
15
16
17
18
19
20
21
22
     Reported by LeShaunda Cass-Byrd, CSR, RPR
23
24
25   APPEARANCES OF COUNSEL:
```

1   as it appears on the file stamp on the top of the
2   page, and page 72 in the document as originally
3   numbered.
4           And again, with paragraph 192, Ms.
5   McNichols, if you can just read that paragraph to
6   yourself, and let me know when you are finished.
7        A.    I have read it.
8        Q.    And do you recognize the allegations
9   contained in that paragraph?
10       A.    No.
11       Q.    And we will now stop sharing the screen and
12  just refer back generally, to the takeover provision
13  in SB 202.  I just had a few quick follow-ups about
14  the specific law pausing protocol as it relates to
15  that.  Ms. McNichols, what is your understanding of
16  how the takeover provision works to reach an alternate
17  conclusion of removing or suspending an existing
18  superintendent of a county board?
19       A.    My understanding at this point in time is
20  that it is, you know, looking at anything that could
21  go wrong and not allowing the local board to correct
22  it, and then it seems to me that it's all -- my
23  perceptions are that it seems, or that it's pettiness
24  that could cause -- you know, you could say something
25  wrong in a meeting somewhere, and -- and before you

1  know it, it didn't sit right with somebody at the
2  wrong place or at the state level, and then you --
3  you've got a takeover, and it just seems to me that
4  there needs to be opportunities to make sure that if
5  there are mistakes that are made, that we can correct
6  them locally.
7       Q.    Ms. McNichols, has the board been subject
8  to the takeover provisions since it's been passed
9  by -- or strike that, rephrase.
10            Has the board been subject to the takeover
11 provision of SB 202 since SB 202 was passed?
12      A.    No.
13      Q.    And are you aware of the takeover provision
14 being used in any manner as it relates to county
15 boards?
16            Do we need to go off the record real fast.
17 I am sorry.  We will gather ourselves.
18      A.    I -- I am not familiar with any.
19      Q.    Oh, I am sorry.  I am sorry.  We will go
20 back on the record.
21      A.    Strike that and start all over.
22      Q.    Did you need me to restate the question, or
23 do you recall it, Ms. McNichols?
24      A.    I do not -- I do not recall any -- any in
25 my neck of the woods, in North Central Georgia.  I

Case 1:21-cv-02070-JPB   Document 123-10   Filed 07/17/23   Page 5 of 5
Judy McNichols                                                May 25, 2023
Coalition for Good Governance v. Kemp, Brian

Page 46

1  have not read about anybody having any concerns about
2  a takeover.
3      Q.    And Ms. McNichols, if you received the
4  relief that you request in the complaint related to
5  the takeover provision, will you no longer be harmed
6  by this provision in SB 202?
7          MR. BROWN:  I'm going to object to
8      the extent it calls for legal conclusion.
9      Ms. McNichols, feel free to answer.
10         THE WITNESS:  I would feel much
11     happier, and no injuries, if we could do
12     away with this SB 202.
13 By MR. WEIGEL:
14     Q.    Going back a little bit.  I think we
15 covered this in some way, but I just want to confirm.
16 In your time on the board, have you had interactions
17 with the State Election Board or the Secretary of
18 State?
19     A.    No.
20     Q.    And since that question related
21 specifically to the board, have you individually had
22 any interactions with the State Election Board or the
23 Secretary of State as it relates to the concerns
24 raised in complaint?
25     A.    No.