# EXHIBIT I

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
 2                   ATLANTA DIVISION
 3   COALITION FOR GOOD GOVERNANCE,
     et al.,
 4
           Plaintiffs,
 5                                  CIVIL ACTION FILE
        vs.
 6                                  NO. 1:21-CV-02070-JPB
     BRIAN KEMP, Governor of the
 7   State of Georgia, in his
     official capacity, et al.,
 8
           Defendants.
 9
10                 VIDEO DEPOSITION OF
11                    JEANNE DUFORT
12                    May 12, 2023
13                     9:33 a.m.
14         TAKEN BY REMOTE VIDEOCONFERENCE
15      Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
16
17
18
19
20
21
22
23
24
25
```

Case 1:21-cv-02070-JPB   Document 123-11   Filed 07/17/23   Page 3 of 5
Jeanne Dufort                                               May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 40

1           So this provision -- I guess my question
2    is:  Do you intend to open up absentee ballots
3    before the close of the polls on election day?
4         A    Opening up absentee ballots is not a
5    function that I have any control over.  That's
6    something that the election director, in my county
7    at least, is in charge of.
8         Q    Okay.  And so you would be more monitoring
9    them -- the election director and whoever is in
10   charge of that, you'd be monitoring them doing that?
11        A    Right.  Fundamentally election staff is
12   who is going to be opening ballots and sorting them
13   out.
14        Q    What sort of things do you --
15             (Simultaneous speaking.)
16        A    My capacity is as a public monitor of
17   what's happening.
18        Q    Okay.  As a public monitor, what sort of
19   things do you look for when you're observing this
20   counting of the absentee ballots?
21        A    It's a good question.  The art of
22   observing is not a fact checklist thing.  You're
23   watching -- for example, you're watching to make
24   sure that when you're separating the personally
25   identifying piece of the ballot package from the

1  inner sealed envelope -- first of all, you're
2  watching to make sure that there is an inner sealed
3  envelope with a ballot inside.
4           So first you're watching to make sure that
5  good separation is happening so that ballot secrecy
6  is being maintained as the law requires, right,
7  because -- the process of elections is interesting.
8           It reminds me of the work I was in charge
9  of in India where we had this massive group of
10 individuals who had to come together and do things
11 in a manner that was consistent, right, and met
12 quality control standards but in poor villages with
13 fairly unskilled workforce.
14          The art of elections is similar in the
15 sense that it's a large workforce that comes
16 together periodically, and you're expecting them to
17 be perfect.
18          So I have observed -- how this relates is
19 I have observed a fairly significant difference in
20 how humans follow instructions in the course of what
21 they're supposed to do.
22          In my county, it's small enough -- and we
23 have a diligent, experienced election director --
24 that almost everything that happens is under her
25 watchful eye.  So she's able to jump in and correct

1  for the human condition --
2      Q   Uh-huh.
3      A   -- reasonably quickly, but still we have
4  the human condition.
5          So as -- I'm watching as a monitor to make
6  sure that the basic instructions are being followed
7  in that.  So the first thing is are they maintaining
8  ballot secrecy.  Second is, as ballots come out of
9  those sealed privacy envelopes, are they coming out
10 intact.
11         We have cases where ballot-slitting
12 equipment or envelope-slitting equipment rips a
13 ballot, right, creates damage to a ballot.  And in
14 that case, are the parts of the ballot remaining
15 together and intact because now you've got one
16 ballot that's been separated into pieces.
17         So those are two good examples of what
18 we're watching for.
19     Q   Uh-huh.
20         Where do you typically stand in relation
21 to the person that's opening the ballots when you're
22 monitoring them?
23     A   There's no single answer to that.  The
24 spaces in which this is done are not always the same
25 spaces, and the election director in a small county