UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, in his official capacities as Governor of the State of Georgia, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br>*Intervenor-Defendants*. | No. 1:21-cv-02070-JPB |

**INTERVENOR-DEFENDANTS' NOTICE OF JOINDER OF STATE DEFENDANTS' SUMMARY JUDGMENT MOTION**

Republican Intervenor-Defendants join the State Defendants' motion for summary judgment as to counts I, II, and III of Plaintiffs' complaint and their arguments supporting dismissal of those claims on the merits. *See* Doc. 123-1 at 22-29, 31.

1

Dated: July 17, 2023                                        Respectfully submitted,

/s/ Cameron T. Norris

Cameron T. Norris*                           William Bradley Carver, Sr.
CONSOVOY MCCARTHY PLLC                          Georgia Bar No. 115529
1600 Wilson Boulevard, Suite 700             Baxter D. Drennon
Arlington, Virginia 22209                       Georgia Bar No. 241446
(703) 243-9423                               Jake Evans
                                                Georgia Bar No. 797018
Tyler R. Green*                              HALL BOOTH SMITH, P.C.
CONSOVOY MCCARTHY PLLC                       191 Peachtree Street NE, Suite 2900
222 S. Main Street                           Atlanta, Georgia 30303
5th Floor                                    (404) 954-5000
Salt Lake City, UT 84101                     (404) 954-5020 (Fax)
(703) 243-9423

*admitted pro hac vice

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to N.D. Ga. L.R. 5.1(C), I prepared the foregoing in Century Schoolbook font and 13-point type. I electronically filed it using CM/ECF, thus electronically serving all counsel of record.

Dated: July 17, 2023

Respectfully submitted,

*/s/ Cameron T. Norris*

Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423

Tyler R. Green*
CONSOVOY MCCARTHY PLLC
222 S. Main Street
5th Floor
Salt Lake City, UT 84101
(703) 243-9423

William Bradley Carver, Sr.
  Georgia Bar No. 115529
Baxter D. Drennon
  Georgia Bar No. 241446
Jake Evans
  Georgia Bar No. 797018
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (Fax)

*admitted pro hac vice

*Counsel for Intervenor-Defendants*