EXHIBIT

A

Case 1:21-cv-02070-JPB   Document 134-1   Filed 08/22/23   Page 2 of 125
Cam T Ashling                                                May 30, 2023
Coalition for Good Governance v. Kemp, Brian

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION


  COALITION FOR GOOD
  GOVERNANCE, ET AL.,
        Plaintiffs,         Civil Action File No.
                            1:21-CV-02070-JPB
  vs.
  BRIAN KEMP, Governor of
  the State of Georgia, in
  his official capacity,
  ET AL.,

        Defendants.

     30(b)(6) VIDEOTAPED DEPOSITION OF GAPPAC
          TESTIMONY OF CAM T. ASHLING
                  May 30, 2023
            10:05 a.m. - 12:15 p.m.
       TAKEN BY REMOTE VIDEOCONFERENCE


       Shawn E. Fleck, RPR, CCR #2859
```

Case 1:21-cv-02070-JPB Document 164-1 Filed 08/28/23 Page 4 of 25
Case 1:21-cv-02070-JPB Document 254-1 Filed 03/24/23 Page 4 of 25
Cam T Ashling May 30, 2023
Coalition for Good Governance v. Kemp, Brian

Page 24

1  that.
2      A.  You want me to read it out loud, or you
3  want me --
4      Q.  No.  Just -- just to yourself.
5      A.  -- to read it to myself?
6          Okay.
7          Ooh.  Uh-oh.
8      Q.  And you can just let me know when you need
9  me to scroll down.
10     A.  Okay.  Thank you.
11         Okay.  You can scroll down, please.
12         Scroll down, please.
13     Q.  I think it's that one.
14         If you want to complete that -- that
15 sentence on that page, and I'll -- I'll go to the
16 next page for you.
17     A.  You can scroll down, please.
18         Okay.  I'm done.
19     Q.  Thank you.  And thank you for taking the
20 time to read through that.
21         It might be easier, as we go through these
22 topics to just reference back, instead of having to
23 keep going through it.
24         So just quickly, Ms. Ashling, do you
25 recognize the allegations contained in Paragraphs

Case 1:21-cv-02070-JPB Document 264-1 Filed 08/28/23 Page 4 of 25
Cam T Ashling                                                    May 30, 2023
Coalition for Good Governance v. Kemp, Brian

Page 25

1  201 through 210, that you just read?
2       A.  Yes.
3       Q.  And to the best of your knowledge, are
4  these statements in those paragraphs true and
5  accurate, as they relate to the Organization?
6       A.  Yes.
7       Q.  And when I reference later on in the
8  deposition "diversion of resources", do you
9  understand how this term is used, and relates to
10 Paragraph 207?
11      A.  I do.
12      Q.  Now I will stop sharing Docket 104 or
13 Document 104 on the docket, and bring back up
14 Defendant's Exhibit 1, and we will just kind of go
15 through these topics one-by-one on the exhibit to
16 the deposition notice, but I just wanted to check in
17 real fast to see if you wanted to take a break
18 before we start going, or if you're doing okay?
19      A.  I'm doing all right.
20      Q.  And I will be scrolling down.
21          And again, Ms. Ashling, can you see my
22 screen?
23      A.  I can.
24      Q.  Perfect.
25          And we will turn to what is identified as

Case 1:21-cv-02070-JPB Document 264-1 Filed 08/23/23 Page 5 of 25
Cam T Ashling                                      May 30, 2023
Coalition for Good Governance v. Kemp, Brian

Page 34

1  voters on that?
2     A.  We probably did the same thing.
3         We shared other people's information, and
4  if we made some, and then I would just write
5  whatever I needed to write, and then people would
6  read what I write, and that's kind of like my, you
7  know, my public awareness, because I am GAPPAC.
8     Q.  After SB 202 was passed, is the
9  Organization still able to do its voter education
10 work, as it relates to educating voters on their
11 requirements for the exact match?
12    A.  I'm sorry.  Can you say that again?
13    Q.  Yeah.  I'm sorry.  I'll rephrase.
14        After SB 202 was passed, does the
15 Organization still do its work educating voters,
16 generally?
17    A.  We -- we do, but we have to do more of it
18 than we used to have to do, and I rather not be
19 doing the education stuff, and be recruiting AAPI
20 candidates, and just getting out the vote.
21        You know, voter education is not our main
22 objective.  I think that's like the nonprofit side
23 that they should be doing that, and we are having to
24 do that, because, you know, of how cumbersome it is
25 to navigate the system now after SB 202.

Case 1:21-cv-02070-JPB Document 254-1 Filed 08/23/23 Page 6 of 25
Cam T Ashling May 30, 2023
Coalition for Good Governance v. Kemp, Brian

Page 35

1      Q.   You mentioned the voter takeover provision.
2           Were there any additional efforts that the
3  Organization participated in related to specific
4  provisions of SB 202 that you can recall?
5      A.   You mean other -- other points in the
6  lawsuit?
7      Q.   Yeah.  Other -- other -- other efforts
8  related to specific provisions of SB 202 that the
9  Organization has devoted resources to.
10     A.   We have -- we have numbers of the Georgia
11 Advancing Progress PAC that also do poll monitoring.
12 And, you know, they're unable to communicate back
13 what they see or what they found, because of
14 provisions of SB 202.
15          That makes it hard for us to monitor, and
16 to make sure that our community is not getting
17 discriminated against.
18          I'm also concerned about the voters going
19 to the poll, and being possibly scared to go and
20 vote, because of a felony provision that allows
21 anybody to arbitrarily, like, accuse you of looking
22 at people's ballots.  That's scary.
23          I'm dealing with a very timid base of
24 voters.  They are, a lot of times, new voters, or
25 they're second -- you know, they're, you know,

Case 1:21-cv-02070-JPB Document 264-1 Filed 08/23/24 Page 7 of 25
Cam T Ashling   May 30, 2023
Coalition for Good Governance v. Kemp, Brian

Page 36

```
 1   limited English voters, or they're very elderly.
 2            So if it's very easy for them to suddenly
 3   get arrested and thrown in jail, I'm going to have a
 4   very hard time motivating people to go vote.
 5            And SB 202 is scary.  It just allows for,
 6   you know, any -- anyone to arbitrarily prosecute
 7   others without them having a very good ability to
 8   defend themselves.
 9       Q.   And so we'll start off with the poll
10   monitoring provision concerns you identified.
11            What resources has the Organization devoted
12   to combating the effects of the poll monitoring
13   provision?
14       A.   Well, we're in this lawsuit, for one.  I
15   don't know how else to fight it besides raising
16   awareness about it, and then taking legal action to
17   kind of stop it.
18       Q.   And then same question for the concerns you
19   identified with the felony provision of SB 202.
20            What resources has the Organization
21   diverted to address and combat the concerns with the
22   felony provision in SB 202?
23       A.   We have diverted me to deal with a lot of
24   this, and I'm having to, like, educate the public on
25   it.  Speak out about, you know, what's harmful.
```

Case 1:21-cv-02070-JPB Document 264-1 Filed 08/23/24 Page 8 of 25
Cam T Ashling May 30, 2023
Coalition for Good Governance v. Kemp, Brian

Page 60

1  going to recruit poll watchers and monitors, if
2  we're going to put them at risk for being jailed.
3  So that's -- I don't know how we're going to do
4  that.
5           That's definitely diverting resources,
6  because we have people who want to do it, but now
7  we're concerned if they can do it, and if they want
8  to anymore.  It's -- you know.
9           It shouldn't be this hard.
10      Q.  And with those -- the poll monitoring work
11 and activities you just described, what specific
12 activities and projects related to poll monitoring
13 has the Organization been unable to engage in?
14      A.  Not being able to poll monitor, or having
15 less poll monitors.  Having difficulty recruiting
16 poll monitors, which means we have to spend more
17 time trying to find more people.
18           And then having to explain everything.  And
19 then having anxiety about, you know, making sure our
20 people are safe when they're trying to protect
21 democracy.
22      Q.  Has the Organization been able to recruit
23 poll monitors since SB 202 has been passed?
24      A.  Not more than we had before.  So not
25 successfully.