EXHIBIT

B

Case 1:21-cv-02070-JPB   Document 124-2   Filed 08/23/23   Page 2 of 52
Jeanne Dufort                                                May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 1

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                     ATLANTA DIVISION
3   COALITION FOR GOOD GOVERNANCE,
    et al.,
4
            Plaintiffs,
5                                          CIVIL ACTION FILE
        vs.
6                                          NO. 1:21-CV-02070-JPB
    BRIAN KEMP, Governor of the
7   State of Georgia, in his
    official capacity, et al.,
8
            Defendants.
9
10                  VIDEO DEPOSITION OF
11                    JEANNE DUFORT
12                    May 12, 2023
13                     9:33 a.m.
14          TAKEN BY REMOTE VIDEOCONFERENCE
15     Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
16
17
18
19
20
21
22
23
24
25

Case 1:21-cv-02070-JPB Document 234-2 Filed 07/24/23 Page 3 of 52
Jeanne Dufort                                                May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 29

```
 1              MR. BROWN:  I'm going to --
 2       A      Paragraph 98.
 3              MR. BROWN:  I'm going to object to the
 4   form.
 5   BY MR. JACOUTOT:
 6       Q      Yeah, let me rephrase.
 7              So do you see paragraph 98 there?
 8       A      I do see paragraph 98.
 9       Q      And it cites a -- it cites a statutory
10   provision of the Georgia Code, correct?
11       A      It does.
12       Q      And can you take a look at -- take a look
13   at that Code section that's cited for me and let me
14   know when you've had a chance to look through it?
15       A      I have read it.
16       Q      Okay.  And to your knowledge, have you
17   observed any voters in violation of this Code
18   section since the enactment of SB202?
19              MR. BROWN:  Object to the form.
20   BY MR. JACOUTOT:
21       Q      And you can answer, Ms. Dufort.
22       A      I believe you're asking me to make a
23   judgment on the word "intentionally," and I think
24   that -- I can tell you this, I have many times been
25   at a polling place with -- where many people in the
```

Case 1:21-cv-02070-JPB Document 234-2 Filed 07/24/23 Page 4 of 52
Jeanne Dufort May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 30

1  polling place had to take direct action to not see
2  what was on the screen because the screens are so
3  obvious.
4            I had an experience as a poll watcher
5  where the room was tight, the room was set up in a
6  way that the voting station for voters who needed
7  special access was set up facing the three chairs
8  that were the only place for the three poll watchers
9  to sit, and we were directed to sit in those places.
10 And that screen, when a voter came to use it, was
11 clearly visible to us and in the path of our looking
12 out over the entire room.
13           So it was impossible -- we had to choose
14 between continuing to observe the normal activity in
15 the room, and we would see that screen while he was
16 voting.
17           Immediately after that voter left, the
18 poll manager had also observed that happening, the
19 problem of it, changed the configuration, realized
20 that the change instead made the screen visible to
21 every voter waiting in line to vote and changed it
22 back, and instructed us that whenever that station
23 was in use, we would please avert our eyes and stop
24 doing our poll watching duties.
25           So intentional, not intentional, you tell

Case 1:21-cv-02070-JPB Document 234-2 Filed 07/24/23 Page 5 of 52
Jeanne Dufort                             May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 31

1   me.
2        Q    So you made the decision in that moment to
3   sort of purposely avert your eyes from the screen, I
4   guess, so you didn't observe it?
5        A    Correct.  We reacted very -- there were
6   two Republican poll watchers and me, and all three
7   of us realized simultaneously the fundamental
8   problem.
9        Q    Uh-huh.
10            Do you have any intention to attempt to
11  observe a voter's ballot in the future at a polling
12  place?
13            MR. BROWN:  Object.
14       A    I have no intention to observe how another
15  voter votes.  I am a strong advocate for ballot
16  secrecy for reasons I have laid out in several
17  declarations.
18  BY MR. JACOUTOT:
19       Q    Uh-huh.
20            How many times have you observed the
21  polling places since the enactment of SB202?
22       A    However many elections there have been
23  since SB202.  I haven't stopped to count, but I am
24  consistently a poll watcher and an organizer of poll
25  watchers in Morgan County as part of my

Case 1:21-cv-02070-JPB Document 234-2 Filed 07/24/23 Page 6 of 52
Jeanne Dufort                                    May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 43

1  like mine is generally the person who says, Here is
2  where you can stand.
3       Q   And so are you able to see the ballot in a
4  way that you're actually able to determine, you
5  know, what votes are going where?  Let me rephrase
6  that actually.
7           Can you see the content of the ballot when
8  you're doing this observation?
9       A   It literally would depend on where you're
10 instructed to stand.  I would also say that it
11 depends on the content of the ballot itself.  For
12 example, a runoff election where there's only one or
13 two contents, even a flash look, you visually can
14 understand is this the top choice or the bottom
15 choice, right, without trying, without any effort
16 from a further distance than you could discern where
17 is it on a more complicated ballot.  So it's very
18 situational, and we have one rule.
19      Q   Okay.  And in those situations where you
20 could potentially see the content of the ballot,
21 what do you do to mitigate that from happening?
22      A   So isn't that the conundrum, right?
23 Because your job is to observe and report, not to
24 violate ballot secrecy or anything, but if the only
25 alternative is to not look, then you're being

Case 1:21-cv-02070-JPB Document 234-2 Filed 07/24/23 Page 44 of 152
Jeanne Dufort                                                    May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 44

```
 1   instructed not to do your job.
 2        Q    And this is on a hand-marked paper ballot
 3   that's been delivered presumably either by mail or
 4   through a drop box?
 5        A    In Georgia, all early absentee votes are
 6   hand-marked paper ballots, yes.
 7        Q    When you say "absentee votes," you're
 8   referring to absentee, I assume, by mail because --
 9        A    Absentee by mail.  That's the only thing
10   you're observing because the in-person early voting
11   is getting recorded, you know, on a scan card.  So
12   there's no observation of that until the polls are
13   closed and they're popping in their little scan
14   cards.
15        Q    Okay.  And ballot secrecy has been
16   mandated by the law since before SB202, correct?
17        A    It's in the Georgia Constitution.
18        Q    Okay.  And when you were doing these
19   observations of poll watchers opening absentee
20   ballots prior to SB202, you were able to maintain
21   the ballot secrecy of the votes that you were
22   observing, correct?
23        A    No, that's an incorrect statement.  Poll
24   watchers don't open absentee votes.
25        Q    Did you ever observe people opening
```