EXHIBIT

C

Case 1:21-cv-02070-JPB   Document 134-3   Filed 08/22/23   Page 2 of 16
30(b)(6) Larry Andrew "Pete" Fuller                  May 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
 2                  ATLANTA DIVISION
 3
 4   COALITION FOR GOOD
     GOVERNANCE, et al.,
 5
          Plaintiffs,              CIVIL ACTION FILE
 6
     vs.                           NO. 1:21-CV-02070-JPB
 7
     BRIAN KEMP, Governor of
 8   the State of Georgia,
     in his official capacity,
 9   et al.,
10        Defendants.
11
12        30(B)(6) VIDEOTAPED DEPOSITION OF
13        JACKSON COUNTY DEMOCRATIC COMMITTEE
14     BY WITNESS: LARRY ANDREW "PETE" FULLER
15              APPEARING REMOTE FROM
16              JEFFERSON, GEORGIA
17
18              MAY 16, 2023
19              3:05 P.M.
20
21
22   Reported By:
23   Judith L. Leitz Moran
24   RPR, RSA, CCR-B-2312
25   APPEARING REMOTELY
```

Case 1:21-cv-02070-JPB Document 124-3 Filed 08/23/24 Page 3 of 7
30(b)(6) Larry Andrew "Pete" Fuller                    May 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 21

1  Plaintiff's most recent complaint that has been

2  filed in this action.  It is Document 104 in this

3  matter.  And I am going to scroll down to

4  Paragraph -- well, first, I'm jumping ahead of

5  myself -- ahead of myself a little bit.

6         Mr. Fuller, are you familiar with this

7  document?

8      A    Which document are you referring to?

9      Q    Can you -- oh, and I just wanted to

10 quickly clarify.  Can you see the document on the

11 screen that says the Second Amended Complaint?

12     A    If it's on the screen now, yes, I can see

13 it.

14     Q    Okay.  And again, this is Document 104 in

15 this matter.

16        Are you familiar with this document,

17 Mr. Fuller?

18     A    Yes.

19     Q    And have you read through this document?

20     A    The sections that pertain to myself, yes.

21     Q    And I will scroll down to Paragraph 329

22 which is -- I'll find a page number shortly.

23        And this is going to cover packages 114

24 to 115 of Document 104 as it is identified in the

25 file stamp at the top of the document, and Pages

Case 1:21-cv-02070-JPB Document 124-3 Filed 06/23/23 Page 4 of 7
30(b)(6) Larry Andrew "Pete" Fuller          May 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 22

1   109 to 110 as originally numbered.

2           And Mr. Fuller, I'm going to do my best

3   to get Paragraph 329 in its entirety on the screen.

4   Can you see Paragraph 329?

5       A    Yes.

6       Q    I'm just going to quickly read through

7   it.

8           "Plaintiff JCDC's resources are being

9   diverted from its day-to-day operating activities

10  and advocacy for its candidates to engage in this

11  legal action to protect its interests.  Further,

12  JCDC is diverting resources and will continue to do

13  so to educate its voters on the complex changes in

14  the law that will impact how and when they vote.

15  Resources will be required to be diverted to

16  attempt to explore mitigating strategies to the

17  voter intimidation that is certain to be

18  experienced because of the threat of felony

19  allegations for observing display screens in the

20  polling place."

21      A    Yes.

22      Q    Did I read that paragraph 329 accurately?

23      A    Yes.

24      Q    And are those allegations in Paragraph

25  329 true and accurate as it relates to JCDC's

30(b)(6) Larry Andrew "Pete" Fuller  May 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 23

1 diverted resources in this matter?

2   A  Yes.  Our mitigating strategies had to

3 change significantly in -- in our outreach in order

4 to mitigate some fears that were in our communities

5 about how and what constituted voting legally

6 versus other issues that came to -- came to light

7 with -- with SB 202.

8   Q  We will -- I will stop sharing the screen

9 momentarily and ask you about the -- the specific

10 activities.

11    And I'll start off with what you just

12 described as educating -- well, would it be

13 accurate to say it was educating voters on the

14 changes in SB 202?  Well, there are -- well, strike

15 that question.

16    I will start off by asking you about the

17 diverted resources that you mentioned as it relates

18 to informing voters of how to vote legally.

19    How did that occur after SB 202 was

20 passed?

21   A  Discussions with voters.  We had to first

22 educate our own committee members which took time.

23 And use resources that were available to -- to do

24 so.

25    And those committee members then when

Case 1:21-cv-02070-JPB Document 124-3 Filed 08/23/23 Page 6 of 7
30(b)(6) Larry Andrew "Pete" Fuller          May 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 51

1  in?

2      A    If the -- if we're not participating in

3  it because SB 202 made it either illegal or

4  difficult to take part in, then no.

5      Q    And has the Organization undertaken any

6  analysis to determine if there are other ways to

7  perform those activities?

8          MR. BROWN:  Object to form.

9      A    We have to the best of our ability

10  reached our voters and tried -- and done our best

11  to facilitate them being able to get to the polls

12  and exert -- and exercise their right to vote.  And

13  we will continue to do that.

14  BY MR. WEIGEL:

15      Q    And generally going back to the

16  election-related activities that the Organization

17  participates in -- and I believe we may have

18  certainly touched upon this -- but, for example,

19  the activities in connection with poll watching, is

20  the Organization still able to participate in poll

21  watching activities?

22      A    Poll watching is still an activity that

23  we will participate in, but there are limitations

24  on our poll watchers and a chilling effect due to

25  the bill that -- that does impact our ability to

Case 1:21-cv-02070-JPB   Document 124-3   Filed 06/23/23   Page 7 of 16
30(b)(6) Larry Andrew "Pete" Fuller                    May 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 52

 1   recruit poll watchers and their ability to perform

 2   those duties.

 3        Q    Just to get into that a little bit.  In

 4   what specific ways has the Organization been unable

 5   to recruit those poll watchers?

 6        A    There is a definite fear of running afoul

 7   of the law amongst some people that would normally

 8   take part in those activities.

 9        Q    And moving along to Topic No. 6.  I will

10   be sharing my screen again.

11             And Topic No. 6 is "The specific laws,

12   policies, and protocols the Organization alleges

13   are unconstitutional or violate federal law as

14   asserted in the action and the specific steps that

15   the Organization took to address its understanding

16   of those laws, policies, and protocols."

17             And Subpart A of this is "The specific

18   steps the Organization has taken to address those

19   laws, policies, and protocols it advocates are

20   unconstitutional or violate federal law and its

21   involvement in this action and the process by which

22   those steps were determined."

23             And Subpart B, "The specific steps the

24   Organization took to address those laws, policies,

25   and protocols it advocates are unconstitutional or