EXHIBIT

D

Case 1:21-cv-02070-JPB   Document 132-4   Filed 08/22/23   Page 2 of 14
Ryan T Graham                                              May 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 1

1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION

3

4    COALITION FOR GOOD
     GOVERNANCE, et al.,

5

         Plaintiffs,              CIVIL ACTION FILE

6

     vs.                          NO. 1:21-CV-02070-JPB

7

     BRIAN KEMP, Governor of

8    the State of Georgia,
     in his official capacity,

9    et al.,

10       Defendants.

11

12

13      VIDEOTAPED DEPOSITION OF RYAN T. GRAHAM

14            APPEARING REMOTE FROM

15              ATLANTA, GEORGIA

16

17              MAY 16, 2023

18               10:04 A.M.

19

20

21   Reported By:

22   Judith L. Leitz Moran

23   RPR, RSA, CCR-B-2312

24   APPEARING REMOTELY

25

Page 51

```
 1            Could you just expand on how that relates
 2    to the poll watchers that you have appointed in the
 3    past?
 4        A    Yeah.  So we've had poll watchers who
 5    just express that, you know, they are concerned
 6    that there would be -- you know, if they even
 7    glance in the wrong direction, it could be
 8    misconstrued as intentionally observing.
 9            Or if they are at a poll place and the --
10    the poll workers don't want them there, then they
11    could accuse them of such a thing pretty easily.
12        Q    Since SB 202 has been passed, are you
13    aware of any -- strike that.
14            Regarding the poll watchers and mail
15    ballot observers alleged to fear the observation
16    rule in -- in Paragraph 212, can you provide the
17    names of those?
18        A    Not at this time.  Those conversations
19    went through Marilyn Marks.
20        Q    I'll just quickly go through your
21    experiences in relation to the elections that have
22    occurred since SB 202 has been passed.
23            How has the appointment process gone
24    since in -- as it relates to elections since the
25    passage of SB 202?
```

Case 1:21-cv-02070-JPB Document 234-4 Filed 08/23/24 Page 4 of 17
Ryan T Graham                                    May 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 76

```
 1        A     Yeah, I mean, we've had poll watchers who

 2    have not participated.  And so because of that, we

 3    were -- you know, we were down a person.  So there

 4    was precincts that maybe didn't have eyeballs in

 5    them.

 6             But I know even when I personally go in

 7    to vote, most times when I voted, those screens are

 8    visible.  There's not really a way to make them not

 9    visible no matter what they say.

10             Because, I mean, I walk in and I can

11    see -- and I -- I am concerned that at any given

12    time I could be accused of looking at someone's

13    ballot and, you know, prosecuted for it.

14             And they could potentially do that to me

15    for any -- any reason they want, they could accuse

16    me of that.  Just say I looked up at -- at clearly

17    visible ballots that are in the election precinct.

18             MR. BROWN:  Those are the only questions

19    that I have.

20             Thank you for your time, Mr. Graham.

21    Very much appreciate it.

22             THE WITNESS:  Thank you.

23             MR. WEIGEL:  And Mr. Graham, I just have

24    a few quick follow-ups based on the testimony you

25    provided responding to your -- either counsels'
```