EXHIBIT

F

Case 1:21-cv-02070-JPB   Document 134-6 Filed 08/24/23 Page 2 of 94
Rhonda Jo Martin                                            May 22, 2023
Coalition for Good Governance v. Kemp, Brian

Page 1

1                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
2                        ATLANTA DIVISION
3
4      COALITION FOR GOOD          )
       GOVERNANCE, et al.,         )
5                                  )
            Plaintiffs,            )
6                                  )      CIVIL ACTION FILE
       vs.                         )
7                                  )      NO. 1:21-CV-02070-JPB
       BRIAN KEMP, Governor of     )
8      the State of Georgia, in    )
       his official capacity,      )
9      et al.,                     )
                                   )
10          Defendants.            )
                                   )
11
12
                              - - - - -
13
14            VIDEOTAPED DEPOSITION OF RHONDA JO MARTIN
15            Taken by Counsel for the State Defendants
16               Before Richard Bursky, RMR, CRR
17                   Certified Court Reporter
18
19               Via Zoom Videoconference
20
21          On May 22, 2023, commencing at 9:32 a.m.
22
23
24
25                            - - - - -

Page 20

1   participate in those same activities while being on the

2   board?

3        A    Being on the board has not affected my

4   participation, so other things have affected my

5   participation, but not being on the board.

6        Q    So as far as your current election-related

7   activities as you described it, taking into

8   consideration the ones you the identified, do you still

9   currently participate in all of those Election Day

10  activities or has it changed in any way?

11       A    It's changed.  I've been much less likely to

12  be an observer during elections because of the

13  difficulties; the threat of SB202 and the constraints

14  that it places on poll watchers; the dangers of being

15  accused of looking at someone's vote intentionally when

16  it would be unintentional or impossible to avoid; not

17  being allowed to speak about what you see when you

18  observe elections; so various parts of SB202, which is

19  why we are here, have made it problematic for me to

20  continue in the work I was doing before.

21       Q    Aside from the litigation -- excuse me, strike

22  that.

23            Aside from the laws at issue in the litigation

24  that we are talking about currently today, have there

25  been any other factors that have led to a change in the

Case 1:21-cv-02070-JPB   Document 134-6   Filed 08/22/23   Page 64 of 95
Rhonda Jo Martin                                                    May 22, 2023
Coalition for Good Governance v. Kemp, Brian

Page 36

1    accidentally seeing someone else's vote and being
2    accused of intentionally looking at someone else's
3    vote.  Again, as I stated earlier, the ballot marking
4    devices, the screens are so big, and when you go to
5    vote in person, you typically have to stand in line.
6    And while you are standing in line, your eyes are going
7    to look around.
8            And if someone decides that they think you are
9    looking at someone else's ballot, you could be charged,
10   you know, in a very serious way.  Even if you are not
11   standing in line, as you walk from the check-in station
12   to the ballot marking device and from there to the
13   scanner, you are going to walk past other people that
14   are voting.
15           And again, the screens are so big that it is
16   hard not to see.  You have to try very hard not to look
17   to avoid the danger of being charged with looking at
18   how someone else is voting.
19           So just as a random voter, you are really in
20   jeopardy every time you walk into a polling place where
21   the ballot marking devices exist.  So that's my biggest
22   concern as a voter.
23           I am trying to remember the other issues with
24   SB202.  Some of the others are more concerned with when
25   I am an observer than when I am a voter.