EXHIBIT

G

Case 1:21-cv-02070-JPB   Document 134-7   Filed 08/22/23   Page 2 of 104
Aileen Saya Nakamura                                          May 22, 2023
Coalition for Good Governance v. Kemp, Brian

```
                                                          Page 1
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
 3

     COALITION FOR GOOD        )
 4   GOVERNANCE, et al.,       )
                               )
 5        Plaintiffs,          )
                               )    CIVIL ACTION FILE
 6   vs.                       )
                               )    NO. 1:21-CV-02070-JPB
 7   BRIAN KEMP, Governor of   )
     the State of Georgia, in  )
 8   his official capacity,    )
     et al.,                   )
 9                             )
          Defendants.          )
10                             )
11
                           - - - - -
12
13       VIDEOTAPED DEPOSITION OF AILEEN SAYA NAKAMURA
14         Taken by Counsel for the State Defendants
15             Before Richard Bursky, RMR, CRR
16
17                  Certified Court Reporter
18
19               Via Zoom Videoconference
20
21       On May 22, 2023, commencing at 1:58 p.m.
22
23
24
25                        - - - - -
```

Case 1:21-cv-02070-JPB Document 334-1 Filed 08/28/23 Page 27 of 34
Aileen Saya Nakamura    May 22, 2023
Coalition for Good Governance v. Kemp, Brian

Page 27

1   poll manager had told me that I can sit.  So I crossed
2   the room and I sat down and realized that from the
3   other side of the room, I could see three BMDs very
4   clearly.
5          And about ten minutes later, the poll manager
6   and the assistant poll manager came to me and told me
7   that I would have to move because I can see the
8   screens.  And clearly because of SB202, I didn't want
9   to be accused of a felony, so I quickly got up and
10  moved back to the original location where I couldn't
11  see the check-in process at all.  And that defeated the
12  purpose, you know, part of the purpose of being there
13  as a poll watcher.
14       Q   Are you aware of anybody who has been charged
15  with a violation of SB202 as involves either estimating
16  ballots or observing votes on a BMD?
17       A   I am not, but I don't know how anybody could
18  be aware of anybody who has been charged or is being
19  investigated.
20          MR. BROWN:  That wasn't the question.  He just
21     asked you if you knew.  He didn't ask you if you
22     had any way of knowing that one way or the other.
23          THE WITNESS:  Okay.
24          MR. BROWN:  So just answer yes or no.
25  BY MR. BOYLE: