EXHIBIT

H

Case 1:21-cv-02070-JPB   Document 134-8 Filed 08/04/23 Page 2 of 93
30(b)(6) Adam C. Shirley                                    June 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION
3   COALITION FOR GOOD          )
    GOVERNANCE, et al.,         )
4                               )
        Plaintiffs,             )
5                               )
    vs.                         )    CIVIL ACTION NO.
6                               )
    BRIAN KEMP, Governor of     )    1:21-CV-02070-JPB
7   the State of Georgia, in    )
    his official capacity, et   )
8   al,                         )
                                )
9       Defendants.             )
10
11
12
13
14     VIDEOTAPED 30(b)(6) DEPOSITION OF ADAM C. SHIRLEY
15                  (Taken by Defendants)
16                    June 16, 2023
17                     1:03 p.m.
18
19
20
21
22
23
24
25     Reported by:   Debra M. Druzisky, CCR-B-1848

Case 1:21-cv-02070-JPB   Document 134-8   Filed 07/24/23   Page 3 of 3
30(b)(6) Adam C. Shirley                    June 16, 2023
Coalition for Good Governance v. Kemp, Brian

Page 48

1    somebody through the carrels or whatever they're
2    called, I might -- my eyes might move across their
3    ballot marking device.
4          And if somebody is -- a poll observer or
5    somebody else sees that, they could then allege
6    that I was intending to look at someone's voting
7    going on there.
8          And it just, it seems -- it seems like
9    it's unavoidable.  And it's too -- far too easy to
10   misconstrue what someone's intentions were, whether
11   it was to not to bump into somebody or whether it
12   was, in fact, to see how somebody is voting.
13       Q.   And since enacted have you been prosecuted
14   or threatened with prosecution in relation to the
15   Observation Rule in SB 202?
16       A.   No.
17       Q.   And are you aware of anyone in Georgia
18   that has been prosecuted or threatened with
19   prosecution as it relates to the Observation Rule
20   in SB 202?
21       A.   I am not.
22       Q.   Now I will move the screen back up to
23   Paragraph 151.  Again, this is still docket number
24   104, Plaintiff's Second Amended Complaint.  I will
25   be highlighting Paragraph 151 with my cursor.  This