EXHIBIT I

Case 1:21-cv-02070-JPB   Document 134-9   Filed 08/22/23   Page 2 of 124
Elizabeth Throop                                                May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COALITION FOR GOOD GOVERNANCE,
et al.,

    Plaintiffs,

                          CIVIL ACTION FILE
vs.
                          NO. 1:21-CV-02070-JPB

BRIAN KEMP, Governor of the
State of Georgia, in his
official capacity, et al.,

    Defendants.

VIDEO DEPOSITION OF
ELIZABETH THROOP
May 12, 2023
2:01 p.m.
TAKEN BY REMOTE VIDEOCONFERENCE
Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

Case 1:21-cv-02070-JPB Document 334-9 Filed 08/23/24 Page 3 of 22
Elizabeth Throop                                    May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 34

1   about?
2        A    Yes, I have done that.
3        Q    Is that something you shared at some of
4   these meetings?
5        A    At the Board of Elections meetings?
6        Q    Yes, ma'am.
7        A    I haven't ever shown a floor layout at a
8   Board of Elections meeting that I recall.
9             The State -- the Secretary of State's
10  office did issue guidelines about the room
11  arrangements and sent them to the counties.  And I
12  did create my own and did present those at a State
13  Election Board meeting to show how the guidelines
14  from the Secretary of State were unrealistic and
15  problematic.
16       Q    Can you be specific about your criticisms
17  of the guidelines?
18       A    Well, it's easier with a picture, but I
19  will try.  In the Secretary of State's diagrams,
20  there were only maybe four or six ballot-marking
21  devices in the room, and, in fact, many polling
22  places have, you know, 12 or 20 ballot-marking
23  devices.
24            Their diagrams showed sight lines, like
25  little dotted lines from an eyeball to a

Case 1:21-cv-02070-JPB Document 134-9 Filed 08/28/23 Page 4 of 22
Elizabeth Throop                                    May 12, 2023
Coalition for Good Governance v. Kemp, Brian

Page 35

1   ballot-marking device, but they only showed those
2   sight lines that they preferred.  They didn't show
3   them for the really problematic people, you know.
4          So, yeah, it's true that this person in
5   the preferred arrangement can't see that
6   ballot-marking device screen, but they didn't draw a
7   line from this other person, and that person could
8   see.  So -- at least that's what I recollect.
9          There were also a lot of problems with
10  room arrangement that have to do with where are
11  electrical outlets, are cords going to present a
12  tripping hazard, can poll managers monitor the
13  equipment, and their advice didn't take that into
14  account.
15     Q   Look at paragraph 11, bottom of page 3.
16  Could you read that to yourself, and let me ask you
17  about that.
18     A   Yes.
19     Q   Has anyone ever accused you personally of
20  intentionally observing a person voting?
21         MR. BROWN:  Object.
22         To your knowledge.
23         I may have heard your question wrong.  I
24  assume you mean to her knowledge.
25         MR. BOYLE:  Yeah.  I mean, I'm just -- she