IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, et al., <br><br> Defendants. | Civil Action No. 21-cv-02070-JPB |

**PLAINTIFFS' MOTION FOR CONTINUANCE
OF MAY 28, 2024 HEARING**

Plaintiffs respectfully move for a continuance of the hearing currently scheduled in this case for May 28, 2024, at 10:00 a.m., and show the Court the following:

1. Plaintiffs' lead counsel, Bruce P. Brown, is lead counsel for the Plaintiff in a case pending before Judge Thrash, *Arcturus, LLC v. Geller-Stoff,* No. 2021-cv-05155 (*Arcturus*).

2. This past Tuesday, May 14, 2024, the Court in *Arcturus* gave the parties notice that the case was first on the trial calendar for Tuesday, May 28, 2024. It is anticipated that the case will last for four days. Prior to this

1

notification, the *Arcturus* case was on the trial calendar, but it was relatively unlikely that it was going to be tried on this calendar. A large criminal case in front of *Arcturus* was continued, however, and the *Arcturus* case is now first in line. The chances of the *Arcturus* case settling are very low.

3. Mr. Brown is the only counsel for the Plaintiffs in this case who is prepared to argue on the issues related to the Defendants' Motion for Summary Judgment and it would be exceedingly difficult for other counsel to prepare for the hearing.

For these reasons, Plaintiffs request that this motion be granted.

A proposed order is attached.

Respectfully submitted this 16th day of May, 2024.

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700
bbrown@brucepbrownlaw.com

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600
CIchter@Ichterdavis.com

| | |
|---|---|
| */s/ Greg K. Hecht* | */s/Shea E. Roberts* |
| Greg K. Hecht | Shea E. Roberts |
| Georgia Bar No. 003860 | Georgia Bar No. 608874 |
| HECHT WALKER, P.C. | GIACOMA ROBERTS & DAUGHDRILL LLC |
| 205 Corporate Center Dr. Suite B | 945 East Paces Rd., Suite 2750 |
| Stockbridge, Georgia 30281 | Atlanta, Georgia 30326 |
| (404) 348-4881 | (404) 924-2850 |
| greg@hmhwlaw.com | sroberts@grdlegal.com |

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to N.D. Ga. L.R. 5.1(C), I certify that the foregoing was prepared using Century Schoolbook 13 font. I electronically filed this using CM/ECF, thus electronically serving all counsel of record.

This 16th day of May, 2024.

>  /s/ Bruce P. Brown
>  Bruce P. Brown
>  Georgia Bar No. 064460
>  BRUCE P. BROWN LAW LLC
>  1123 Zonolite Rd. NE
>  Suite 6
>  Atlanta, Georgia 30306
>  (404) 386-6856
>  bbrown@brucepbrownlaw.com