# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 23, 2026

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 25-11347-GG
Case Style: Coalition for Good Governance, et al v. Secretary of State for the State of Georgia, et al
District Court Docket No: 1:21-cv-02070-JPB

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel. A copy of the court's decision was previously forwarded to counsel on the date it was issued.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11347

_____

COALITION FOR GOOD GOVERNANCE,
ADAM SHIRLEY,
ERNESTINE THOMAS-CLARK,
ANTWAN LANG,
PATRICIA PULLAR, et al.,

                                           *Plaintiffs-Appellants,*

versus

SECRETARY OF STATE FOR THE STATE OF GEORGIA,
  in his official capacities as Secretary of State and member of the
  Georgia State Elections Board,
MATTHEW MASHBURN,
REPUBLICAN NATIONAL COMMITTEE,
NATIONAL REPUBLICAN SENATORIAL COMMITTEE,
NATIONAL REPUBLICAN CONGRESSIONAL
COMMITTEE,et al.,

                                           *Defendants-Appellees,*

REBECCA N. SULLIVAN, et al.,

                                           *Defendants.*

Case 1:21-cv-02070-JPB   Document 172   Filed 02/23/26   Page 3 of 3
USCA11 Case: 25-11347   Document: 37-2   Date Filed: 02/23/2026   Page: 2 of 2

2                                                                    25-11347

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-02070-JPB
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 22, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: FEBRUARY 23, 2026